MARC E. MAYER (SBN 190969);
mem@msk.com
EMILY F. EVITT (SBN 261491)
efe@msk.com
MITCHELL SILBERBERG & KNUPP LLP
11377 West Olympic Boulevard
Los Angeles, California 90064-1683
Telephone: (310) 312-2000
Facsimile: (310) 312-3100

Attorneys for Plaintiff Manwin Licensing
International S.à.r.l.

# UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| MANWIN LICENSING INTERNATIONAL SARL, a Luxembourg Limited Liability Company,<br><br>                  Plaintiff,<br><br>    v.<br><br>NICHOLAS BULGIN, a/k/a "Gill Manwinder," "Yi Weng," "Chris Hill," "contact@Manwinsucks.com," "Jim Jagen," and "Radishdreams", an individual,<br><br>                  Defendant. | CASE NO.  CV12-02484 GW (SHx)<br><br>**DECLARATION OF MARC E. MAYER IN SUPPORT OF *EX PARTE* APPLICATION FOR LEAVE TO TAKE LIMITED IMMEDIATE DISCOVERY ON GODADDY.COM, LLC, DOMAINS BY PROXY, LLC, AND CHARTER COMMUNICATIONS, INC.**<br><br>**MEMORANDUM OF POINTS AND AUTHORITIES AND [PROPOSED] ORDER FILED CONCURRENTLY HEREWITH.** |

Mitchell
Silberberg &
Knupp LLP

4583063.2/43277-00096.1

DECLARATION OF MARC E. MAYER IN SUPPORT OF *EX PARTE* APPLICATION

I, Marc E. Mayer, declare as follows:

1.      I am an attorney-at-law, duly licensed to practice law in the State of California.  I am, through my professional corporation, a partner in the law firm Mitchell Silberberg & Knupp LLP, counsel of record for plaintiff Manwin Licensing International S.à.r.l ("Manwin") in this action.  I know all of the following of my own personal knowledge and, if called as a witness, could and would competently testify thereto.

2.      This is an action for violation of the federal Anti-cybersquatting Consumer Protection Act ("ACPA"), defamation, intentional interference with prospective business advantage, and unfair competition.  The claims in this action arise from (1) the unlawful registration between May and August 2011 of four internet domain names containing Manwin's trademarks: www.manwin.net, www.manwin.co, www.manwinsucks.com, and www.brazzer.us (the "Infringing Domain Names"); and (2) subsequent attempts to force Manwin to purchase the Infringing Domain Names via a series of harassing and obnoxious letters and e-mails sent to Manwin and its business partners.  A representative selection of these e-mails is attached hereto as Exhibit 1 and incorporated by reference herein.

3.      In January 2012, Plaintiff conducted an investigation into the Infringing Domain Names and harassing e-mails.  The investigation uncovered the following:

(a)     First, the Infringing Domain Names were registered with the domain name registrar "GoDaddy" between May and August 2011.

(b)     Second, publicly available searches of the Infringing Domain Names

DECLARATION OF MARC E. MAYER IN SUPPORT OF *EX PARTE* APPLICATION

1   revealed that they were registered using a domain name "privacy" service known

2   as "Domains By Proxy." Domains by Proxy is a service that registers domain

3   names in its own name, on behalf of clients. The purpose of this service is to

4   shield the domain name owner from being identified through publicly available

5   searches (sometimes referred to as "WhoIs" searches). In this case, initial WhoIs

6   searches for the Infringing Domain Names revealed the registrant only as

7   "Domains by Proxy," and not any particular individual.

8

9       (c)   Third, Plaintiff's investigation revealed that all of the e-mails that

10  Plaintiff had received concerning the Infringing Domain Names originated from

11  the same IP address. Further investigation confirmed that the IP address was a

12  Charter Communications IP address that, by all indications, was assigned to

13  Defendant Nicholas Bulgin. Notably, even though multiple names and e-mail

14  addresses were used to send the e-mails (for example, "Gill Manwinder" and

15  "Chris Hill"), they clearly originated from the same source.

16

17      4.    On or about January 12, 2012, Plaintiff's investigators contacted

18  Bulgin to request that he cease his conduct and transfer the Infringing Domain

19  Names. The following day, I spoke to Bulgin over the phone, and he told me that

20  he wished to resolve the dispute and would transfer the Infringing Domain Names.

21  I advised Mr. Bulgin to contact Plaintiff directly to provide transfer codes for the

22  Infringing Domain Names.

23

24      5.    Notwithstanding my initial communications with Bulgin, in mid-

25  February, I was advised that Bulgin had changed his position and had not, in fact,

26  transferred the Infringing Domain Names. Bulgin then contacted me directly to

27  advise me that he did not own the Infringing Domain Names, and that, while he

28  might be able to obtain a transfer by his "associates," he would not do so unless he

Mitchell
Silberberg &
Knupp LLP

2

4583063.2/43277-00096

1   received certain assurances from Manwin.  Shortly thereafter, I learned that

2   Manwin had received further communications from various individuals (including

3   the person known as "Gill Manwinder") demanding that Manwin pay several

4   thousand dollars for the domain name www.manwin.net.

5

6        6.     Plaintiff filed this lawsuit on March 22, 2012.  After the lawsuit was

7   filed, Bulgin again contacted me, stating that he did not own the Infringing Domain

8   Names but that they instead belonged to other individuals.  On April 12, 2012, I

9   was contacted by counsel for Bulgin, who also claimed that Bulgin did not own the

10  domain names (notwithstanding Bulgin's earlier admissions).

11

12       7.     After my conversation with Bulgin's counsel, I conducted an

13  additional investigation of the publicly available "WhoIs" records concerning the

14  Infringing Domain Names.  I learned that, as of April 12, three of the four

15  Infringing Domain Names were held in the name "James Martin" of Zellwood,

16  Florida, and one Infringing Domain Name (brazzer.us) was listed as owned by

17  "Alan Nadell" of Omaha, Nebraska.  I am also informed that, before their transfer

18  to "James Martin," the www.manwin.net, www.manwin.co, and

19  www.manwinsucks.com domain names had been transferred from Domains by

20  Proxy to "Josh Green" at a Post Office Box in Florida.  Attached hereto as Exhibit

21  2 and incorporated herein by reference is the WhoIs information for the Infringing

22  Domain Names as of Thursday, April 12, 2012.

23

24       8.     Based on the conduct described above, Plaintiff has reason to believe

25  that Bulgin may be working in concert with one or more individuals as part of a

26  scheme to unlawfully register and sell the Infringing Domain Names.  Moreover, it

27  appears that these individuals may be playing a "shell game" with the Infringing

28  Domain Names, transferring them on a regular and ongoing basis to conceal their

Mitchell
Silberberg &
Knupp LLP

3

4583063.2/43277-00096

1    ownership.

2

3        9.    It is therefore essential that Plaintiff obtain discovery from the domain

4    name registrar (GoDaddy) and privacy service (Domains by Proxy), so Plaintiff

5    can learn the complete registration history, payment history, and the IP address or

6    addresses used to purchase and register the Infringing Domain Names.  This will

7    enable Plaintiff to find out the true identitie(s) of the person(s) responsible for

8    purchasing and renewing the Infringing Domain Names, as well to understand the

9    patterns of their transfer.  Additionally, good cause exists for Plaintiff's subpoena

10   to Charter Communications for information concerning the IP address used to send

11   the harassing communications because this will enable Plaintiff to confirm the

12   identity of the individual who sent the harassing e-mails.  Further, the proposed

13   expedited discovery will serve the interests of justice, as it will ensure that all

14   necessary defendants are included in this lawsuit as soon as possible.

15

16       10.    I have reason to believe that, without expedited discovery, critical

17   information could be lost or destroyed.  Internet Service Providers, which maintain

18   user activity logs that match an IP address (along with date and time) with

19   particular subscribers, typically retain such information for only a limited period of

20   time – sometimes for as little as a few weeks – before erasing data.  Moreover,

21   Bulgin and his cohorts have a demonstrated scheme of frequently transferring

22   ownership of the Infringing Domain Names to avoid detection.  Therefore

23   immediate discovery is necessary before information about previous owners and

24   transfers is lost and before additional transfers occur.

25

26       11.    I have given notice of this *ex parte* application to counsel for

27   Defendant Nicholas Bulgin, who has expressed neither agreement nor opposition

28   to the application.  I also will give notice of the subpoenas to Defendant Bulgin.

Mitchell
Silberberg &
Knupp LLP

4583063.2/43277-00096

4

1    12.    I will provide the third parties with no fewer than 14 days to respond
2    to the subpoenas, so that Defendant Bulgin will have an ample opportunity to
3    lodge any objections or file any motions concerning the subpoenas.  Additionally,
4    based on my previous experience serving subpoenas on GoDaddy, it is my
5    understanding that GoDaddy will notify any affected persons that Plaintiff is
6    seeking their identities and all affected parties will have the opportunity to raise
7    objections by filing a motion to quash in this Court before the return date of the
8    subpoena.
9
10   I declare under penalty of perjury that the foregoing is true and correct.
11
12   Executed on this 18th day of April, 2012, at Los Angeles, California.
13
14
15                                                     Marc E. Mayer
16
17
18
19
20
21
22
23
24
25
26
27
Mitchell
Silberberg &   28
Knupp LLP
                                        5
                DECLARATION OF MARC E. MAYER IN SUPPORT OF *EX PARTE* APPLICATION
4583063.2/43277-00096

# EXHIBIT   1

# EXHIBIT   1

| | |
|---|---|
| **From:** | Jim Jagen <AdultX@gmx.com> |
| **Sent:** | Monday, August 22, 2011 11:27 AM |
| **To:** | avaickus@playboy.com; cpachler@playboy.com; hdavidson@playboy.com; llux@playboy.com; Westin, Jeremy; billf@playboy.com |
| **Cc:** | admin@theadultnewswire.com; Fabian; Antoine Gignac; Oreilly@foxnews.com; cbcinput@cbc.ca; special@foxnews.com; Cavuto@foxnews.com; ombudsman@cbc.ca; richard.c.rozycki@abcnews.com; info@abcnews.com; newswatch@foxnews.com; Foxreport@foxnews.com; JER@foxnews.com |
| **Subject:** | Manwin Company Speculations |
| **Importance:** | High |

Hello Playboy,

First off, I been a fan for decades. Now down to business...


I am what you would call a journalist of sorts for a few magazines worldwide that provide stories on interest. I am writing about a company you just partnered with and how neglectful they are about their company name. I never thought you, playboy, would work with such neglectful partners.

As people already know, You and Manwin have formed an alliance of sorts to establish a joinet venture since your stocks were in decline. While this is happening and im sure you saw this as a great opportunity, you failed to see what has been going on it seems. So Manwin, for the past month or more, has been fighting with the website owner of "Manwin.co", which suprisingly is a blog about the complete opposite of porn. So i guess this lady blog about the threats Manwin has been sending to her and webmasters. Well i asked nathan who is more widely known as Fabian Thylmann about the situation and he stated "I don't really care much"

As for your joint venture with Manwin, I suggest you seriously look at who you do business with because it can bring great harm to your own company name. Manwin do not seem like people who care much for the law or about how things should be done. They care about money and they bought the most traffic porn sites to prove just that as they use peoples personal videos to make themselves richer. They don't care about peoples privacy, just the money they get from uploaders loading millions of videos of stolen property.


# Related Links:

http://manwin.com

http://manwin.net

http://manwin.org

http://manwin.co

http://www.manwinltd.com

http://manwincn.com

http://manwinsucks.com

http://qfy.com/showthread.php?t=998777


http://www.xbiz.com/news/127713 <--very interesting

1

http://gfy.com/showthread.php?t=1004509

http://gfy.com/showthread.php?t=1024634

http://gfy.com/showthread.php?p=18363868

http://takedownpiracy.com/tag/manwin

http://takedownpiracy.com/wp-content/uploads/2011/04/Takedown-Piracy-Screencapture-www_pornhub_com_users_velvetunderground-03282011.png

I have sent this email to many news websites as a blind copy so everyone can be aware of this situation. I don't find it as a problem but more of a avoidable mistake for you. I mean look at Mansef, a company which was said to be laundering money through the united states and guess who they are now? They are called Manwin after the US government seized some 6 million. Fabian Thylmann bought them and restructured the scams and illegal activity along legal lines and thinks it is still ok.

Read some of the stories below from websites and threads and you will see that they try to cover up but cannot. I hope you all form your own opinions from this new knowledge. They did not have any trademarks previous to this month why? Because they were too busy making money from people and their private sex videos being leaked to their website and they make the money while telling everyone who had their private videos stolen and distributed to tube sites to suck it.<-no pun

So i ask you this folks..... is it worth it to partner with a company that if you looked at the facts, will end up bankrupt and sued a million times over?

Please reply with your response as i will need it to finish my story for the SEPTEMBER editions. If i get no response i will quote no response and give my perception.

From my small office in London, i bid you a good week.

Cheers,

Jim Jagen
Contract Journalist
AdultX@gmx.com

| | |
|---|---|
| **From:** | Chris Hill <ChrisH@manwin.net> |
| **Sent:** | Thursday, August 25, 2011 1:50 PM |
| **To:** | Antoine Gignac |
| **Subject:** | RE: Manwin.net |

Ok i just did a google search and you are bloody right mate.

You do have a trademark filed but not registered.

I had my URL since june 2010 mate. My URL was registered before anyone even know who you were.

Mansef looks like its Manwin now and you say you been up and running since 2004 but that was when Mansef name was being used and Manwin became the new name mate.

Do not bloody try and put a trick over me mate. Dont think you can scam me.You have to have had a US trademark for 5 years before you can file disputes even. you bugger.

The price is now $100,000.

How dare you look down on my domain mate. You and your company can kiss my rear. It seems a bit fitting to see a website as www.ManwinSucks.com. I think they bloody have the best idea about you and your company mate. bloody hell they have you pegged right.

I never tried selling this URL but its bloody time i tried. I hope who ever i sell to will get massive traffic and blow you off the #1 spot in search engines.

Maybe Manwin Limited will buy it. They seem to be about serious business on their website.

Cheers mate and good luck to you and your bullshit

-------- Original Message --------
Subject: RE: Manwin.net
From: Antoine Gignac <Antoine.Gignac@manwin.com>
Date: Thu, August 25, 2011 12:59 pm
To: Chris Hill <ChrisH@manwin.net>

We'll buy it for 2000$ which is a lot more than what it's worth anyway. Nobody else will buy it anyway because they know they are already infringing on an online giant trademark : USPTO serial no  MANWIN – 85390186 and European PO - MANWIN  serial no  10173276. It's up to you.

---

**From:** Chris Hill [mailto:ChrisH@manwin.net]
**Sent:** Thursday, August 25, 2011 2:40 PM
**To:** Antoine Gignac
**Subject:** RE: Manwin.net

I dont like backing down to bloody hell but if you match what you are offering other people then we got a deal mate. $5000 and manwin.net is yours.

No more negotiations. Take it or leave it to better buyers. Cheers Mate.

-------- Original Message --------
Subject: RE: Manwin.net
From: Antoine Gignac <Antoine.Gignac@manwin.com>

1

Date: Wed, August 24, 2011 1:04 pm
To: Chris Hill <ChrisH@manwin.net>

2000$ is our offer or we'll get it back through a UDRP.

**From:** Chris Hill [mailto:ChrisH@manwin.net]
**Sent:** Wednesday, August 24, 2011 4:03 PM
**To:** Antoine Gignac
**Subject:** [!! SPAM] Manwin.net
Hey mate so what is the deal? Do we have a deal or not? if i don't hear anything back today i will assume you are not interested. Thanks mate

This e-mail may be privileged and/or confidential, and the sender does not waive any related rights and obligations. Any distribution, use or copying of this e-mail or the information it contains by other than an intended recipient is unauthorized. If you received this e-mail in error, please advise me (by return e-mail or otherwise) immediately. Ce courrier électronique est confidentiel et protégé. L'expéditeur ne renonce pas aux droits et obligations qui s'y rapportent. Toute diffusion, utilisation ou copie de ce message ou des renseignements qu'il contient par une personne autre que le (les) destinataire(s) désigné(s) est interdite. Si vous recevez ce courrier électronique par erreur, veuillez m'en aviser immédiatement, par retour de courrier électronique ou par un autre moyen.

This e-mail may be privileged and/or confidential, and the sender does not waive any related rights and obligations. Any distribution, use or copying of this e-mail or the information it contains by other than an intended recipient is unauthorized. If you received this e-mail in error, please advise me (by return e-mail or otherwise) immediately. Ce courrier électronique est confidentiel et protégé. L'expéditeur ne renonce pas aux droits et obligations qui s'y rapportent. Toute diffusion, utilisation ou copie de ce message ou des renseignements qu'il contient par une personne autre que le (les) destinataire(s) désigné(s) est interdite. Si vous recevez ce courrier électronique par erreur, veuillez m'en aviser immédiatement, par retour de courrier électronique ou par un autre moyen.

EX 1 PG 9

| | |
|---|---|
| **From:** | Chris Hill <ChrisH@manwin.net> |
| **Sent:** | Tuesday, September 13, 2011 2:37 PM |
| **To:** | contact@manwinsucks.com |
| **Cc:** | Antoine Gignac; Fabian; Jim Jagen; Robbie@manwinsucks.com; Sandy@pinkvisuals.com |
| **Subject:** | RE: Buy Button |

Tony,
These bloody chaps dont scare me with UDRP lawsuits.

I had the domain long before they filed for trademark or before i knew what they did which by your site is that they are bloody crooks.
I did a search for manwin based domains and found yours and a few others who i talk to alot.

Interesting how they bloody want to claim domains they have no business owning.
These chaps are bloats and i hope they burn in hell mate. Its nice to meet ya tony and keep up the good work exposing them. Im glad im not the only one who see the evil things they are doing mate.

Right now you see they offering 500$ for my domain but before it was 2k$.
I want 10k$ but their so cheap mate i dont understand. They will understand when its too late.

What company goes down in price you may ask? A stupid one who doesnt know what they are doing to settle negotiations.
with your blog and the many other Manwin websites around these days, i figure their company name will be diluted in no time.

This domain is valuable and already had a few nice offers for it. I tried to work with these bloats but they only want to play bloody games here chap.

Im going to hang onto this domain even though i got a email from this chap who i suppose owns the domain. He was short in the email but i was wondering if you recieved a similar email from Fabian.Thylmann@manwin.com.

I am told he is the owner so let me know if you have one. Maybe we can compare notes and see what their end game is.
If you dont have a message from him then you are safe habor Tony. Good luck with the blog mate and hope to hear from you soon.


Chris


    -------- Original Message --------
    Subject: RE: Buy Button
    From: <contact@manwinsucks.com>
    Date: Tue, September 13, 2011 1:10 pm
    To: "Chris Hill" <ChrisH@manwin.net>
    Cc: Antoine.Gignac@manwin.com

    Thanks for the email Chris. Very enlightening. I have a few other emails from others about
    Manwin....They can try to buy my domain like you but we wont be sellin!!

1

This website is to make a statement about them and they have not personally contacted me so they must know they can't do anything to stop my blogging. Let me know how it is going with your negotiation and i will check in more often to see if you replied.

Tony
Dragon Net LLC


-------- Original Message --------
Subject: RE: Buy Button
From: "Chris Hill" <ChrisH@manwin.net>
Date: Wed, September 07, 2011 8:34 am
To: "Antoine Gignac" <Antoine.Gignac@manwin.com>
Cc: fabian@manwin.com, "Jim Jagen" <AdultX@gmx.com>,
Robbie@manwinsucks.com, Sandy@pinkvisuals.com

You are also going nowhere saying useless things mate. Trust me when i say mate, you are not going to win any udrp. Not with all the dirt your CEO and friends is placing all over the internet about your company. I mean it makes it easier for your enemies to win any fights against you especially with sites like MANWINSUCKS.COM that bloody points out all your flaws and it is interesting to see all your bloody crap. It will be clear that you are the one who will need protection. I will be offering this url elsewhere now. I thought my chap said you wanted this name and it looks like you are playing games mate. I dont have time for this because i put a bloody buy button on the page to make it easy but you do not want to finish this negotiation. Good luck mate

-------- Original Message --------
Subject: RE: Buy Button
From: Antoine Gignac <Antoine.Gignac@manwin.com>
Date: Fri, September 02, 2011 1:11 pm
To: Chris Hill <ChrisH@manwin.net>

We don't care about Canada.

We are ready to buy for 500$. You are going nowhere with a parked page except to a UDRP.

From: Chris Hill [mailto:ChrisH@manwin.net]
Sent: Thursday, September 01, 2011 10:23 AM
To: Antoine Gignac
Subject: Buy Button

Gignac--I placed a buy button on the site so if you want to buy it you can just do it right away mate. I dont have a problem selling to someone else. I found many Manwin companies in Bing search.

Manwin Restaurant
Manwin Enterprises
Manwin Hotel

Not to mention their is a Manwin trademark already in Canada and it is not yours. So your the ones who are bloody infringing as you claim i am mate.

Its simple mate, Click buy and this will be done, its bloody simple.

www.manwin.net

2

EX 1 PG 11

This e-mail may be privileged and/or confidential, and the sender does not waive any related rights and obligations. Any distribution, use or copying of this e-mail or the information it contains by other than an intended recipient is unauthorized. If you received this e-mail in error, please advise me (by return e-mail or otherwise) immediately. Ce courrier électronique est confidentiel et protégé. L'expéditeur ne renonce pas aux droits et obligations qui s'y rapportent. Toute diffusion, utilisation ou copie de ce message ou des renseignements qu'il contient par une personne autre que le (les) destinataire(s) désigné(s) est interdite. Si vous recevez ce courrier électronique par erreur, veuillez m'en aviser immédiatement, par retour de courrier électronique ou par un autre moyen.

3

EX 1 PG 12

| | |
|---|---|
| **From:** | Chris Hill <ChrisH@manwin.net> |
| **Sent:** | Wednesday, September 21, 2011 2:35 PM |
| **To:** | Antoine Gignac; Info; info@manwin.org; info@manwin.ca; info@manwin.co; info@manwincn.com; info@manwin.biz |
| **Subject:** | Made a sale |
| **Importance:** | High |

All who receive this email should know that their is good and bad news.

Its bloody funny though but to those i have talked to about Manwin Canada and trying to sell my domain, I find it funny that i now have  bloody sale.

So Manwin can never get this domain, i have agreed to sell to a couple Israelis with last names Manwinder.As we all know they are buying a part of their bloody name mates so they have legitimate rights.

If your looking to sell your bloody manwin name, they are building a company and will need as many manwin domains so try and offer it to them if your interested in selling.

Im sure they will even buy Manwinsucks.com so they can deactivate it so they dont have it out their. Im looking to get rid of mine and i sold for 2500$ mates.

If you want to sell then let me know and i will send contact information. Its been bloody fun mates.

Chris

1

| | |
|---|---|
| **From:** | Gill Manwinder <gillmanwinder@yahoo.com> |
| **Sent:** | Sunday, October 16, 2011 9:12 PM |
| **To:** | Antoine Gignac |
| **Cc:** | pstatho@gmail.com |
| **Subject:** | Fw: Interested in selling manwin.net |

There seems to be continued interest in our domain. We have an agreement with the Manwin.co owner to purchase their domain also. We should have possession of the domain on 28 October 2011. If you wish to have both domains please transfer $50,000 in my account with paypal or escrow. Please use this email as the receiving individual at paypal. If you do not agree to our price it would not be in our best interest to sell for anything less. We will keep our domains and use them for SEO purposes when we have established online presence. Thank you and please contact us no further about our domains. I will not entertain these game any further respectfully.


Gill



----- Forwarded Message -----
From: Perry Stathopoulos <pstatho@gmail.com>
To: Gill Manwinder <gillmanwinder@yahoo.com>
Cc:
Sent: Saturday, October 15, 2011 2:29 PM
Subject: RE: Interested in selling manwin.net

Hi Gill,

Thanks for response, and to be complete honest I had no idea our legal department contacted you.

My motives are completely different. As CTO my responsibilities revolve around our global network infrastructure and as such my intentions were to use the Manwin.net domain for server and infrastructure naming and hosting.

Clearly since there already exists a dispute, please consider my personal offer withdrawn.

Nevertheless, I wish you the best and hopefully the matter will be resolved amicable.

Perry

From: Gill Manwinder
Sent: 15/10/2011 13:08
To: Perry Stathopoulos
Cc: Perry.Stathopoulos@manwin.com
Subject: Re: Interested in selling manwin.net


I want to be detailed and blunt at this point Perry because i clearly see you are a Manwin associate. I have already spoken to your legal counsel who is a moron of sorts so i hope you will be more cooperative.

1

Title: Chief Technology Officer at Manwin

Email: Perry.Stathopoulos (at) manwin.com
Twitter: @pstatho
Affiliated with Videobash.com, Twistys, ect and many porn start name domains.

If you want Manwin.net then i will trade for Manwin.com. There is very little room for negotiation here Perry. I received word from your attorney Antoine Gignac that you might file a UDRP. We both know you are in no position to defend yourself legally and just as i can find information about you and everything you have ever done, i can find info about Manwin and all its flaws. This might even be another attempt at offering me money like he did which is seriously ridiculous. By offering me 2k for my domain or domains, he simple admitted he has no ground to fight already and with sites such as ManwinSucks.com, i can see your company is not very prepared for any sort of legal recourse. I am trying to get ManwinSucks.com since i will be doing business under the name Manwin i do not need such websites present. If you are close to getting the domain Manwinsucks.com then please sell it to me also so i have brand security.

If you want to buy Manwin.net then you might surely want Manwin.co. As of yesterday i have finally persuaded the owner of Manwin.co to sell their domain to my company for ten thousand dollars. She informed me that your company played many games of threats and offers.

I am giving her 2 weeks to get a new domain and transfer her data elsewhere. A small price for my companies future. Our investor fund is now at $155 million as of today. We expect it to double in the coming year as we begin business acquisition and implementations. I considered using Manwinder.com but we stand at using Manwin instead to appeal to the public. We are doing business all across America and soon the world so we are trying to establish online presence before our company goes live. This was never to take from your brand but using a family name.My company is a start-up but our services are unique and will change the world as we know it.

I personally do not believe, after all i have read about your company, that you are serious in protecting it yet a start-up company like mine is doing more than you seem to have accomplished in securing our company name.

We have a legitimate company structure and Manwin resides in our name both me and my partner who is family. If you want to entertain me once again like yoru attorney and tell me to use another name, please have incentive to change our mind. We are a multi million dollar company which is growing into a billion in the coming years. If you really want a price for both domains then let me know!

Gill

_____

From: Perry Stathopoulos <pstatho@gmail.com>
To: gillmanwinder@yahoo.com
Sent: Friday, October 14, 2011 2:20 PM
Subject: Interested in selling manwin.net

Hi Gill,

I see you are the owner of manwin.net. Would you be interested in selling the domain? If so how much?

Perry

2

EX 1 PG 15

| | |
|---|---|
| **From:** | contact@manwinsucks.com |
| **Sent:** | Sunday, October 23, 2011 11:41 PM |
| **To:** | Antoine Gignac |
| **Cc:** | Fabian; Info |
| **Subject:** | Manwin Facts Post |

We have gathers new information and posted a new thread on our website www.manwinsucks.com. This post contains detailed information and will only get more detailed in future posts. Our statement is included below about our purpose. Happy Reading.

Manwin, If you want this site gone, remove all the illegal content from your free sites such as Youporn.com, Pornhub.com, and Sextube.com. Take down the illegal stuff and we will remove this site. Its that of we will begin posting things you dont want anyone to know. We are currently posting publicly viewable information. If you do not comply with our demands to take down illegal videos we will publish documents and financial information to the public.

Manwin Sucks

-------- Original Message --------
Subject: RE: Legal Dispute Response
From: Antoine Gignac <Antoine.Gignac@manwin.com>
Date: Fri, September 23, 2011 8:04 am
To: "contact@manwinsucks.com" <contact@manwinsucks.com>
Cc: "generalmanager@domainsbyproxy.com"
<generalmanager@domainsbyproxy.com>

Your arguments are totally irrelevant. Your domain name infringes on our trademark.

Take your website down or move it to another domain name that does not have Manwin in it. If you fail do so, we will file a UDRP.

**From:** contact@manwinsucks.com [mailto:contact@manwinsucks.com]
**Sent:** Thursday, September 22, 2011 9:39 PM
**To:** Antoine Gignac
**Cc:** generalmanager@domainsbyproxy.com
**Subject:** Legal Dispute Response

Manwin,
        We reserve the rights to exploit all corporate scams and public related information about Manwin. It its our 1st Amendment right to speak our opinions about your corporate dealings and services which has shown to be greatly negative. As seen on our website, your CEO is constantly posting his views and interacts with those of the Adult industry on the website GFY.COM. This is public knowledge and we simply incorporate the information in a fixed location.

        Websites such as noamazon.com,aolwatch.org,starbucked.com, gapsucks.org and Manwinsucks.com are built on opinionated based facts and public information. There are many Suck Sites still thriving due to the protection from the 1st amendment and facts straight from your own CEO placed online by him. Big chains such as Walmart.com have sites like walmartsucks.org that cannot be removed due to the protection it carries. The email you have sent is not a legal dispute filed with any domain dispute company, but a simple email stating your views on our domain. We reserve the right to post our opinions using factual evidence and we will

continue to do so as many others have as you can see above. Our next measure, when we are ready to improve the site, will be to place a forum on our page  so that every other individual who disagrees with your practices and schemes will have a voice.

The fact that you have contacted our privacy agents about this matter means you must feel threatened by our website yet we have only gathered public information which is viewable to everyone anyway and place it on our blog. We are operating within our legal boundaries and do not infringe on any trademark you claim to have. The trademark you claim to have is not yet registered and has only been filed. Claiming that we are infringing on a not yet registered mark is a clear indication that you are with silver tongues which should be clear that this is probably why we have this blog. We are only here to display the truth behind your company and we will continue to do so until we decide we no longer see this type of behavior from Manwin.

Until you have a actual registered trademark that has not been opposed and it is actually registered, we will acknowledge the trademark. Even if you had a trademark for may years now, we still remain protected by our 1st amendment rights. To be blunt if you looked on your website, no trademark symbols of any kind are placed there since you cannot actually place one until your trademark registration process is complete and actually approved. Until then you have no rights but copyright rights but we have taken nothing from your site and placed on our site. If you require further communication, you may reach us at Contact@manwinsucks.com.

Please refer to this address for more educated information about our site:
http://www.4trademark.com/faqs.html , http://www.hoosucks.com/process/legal_issues.htm

If there are any specific and untrue statements on our site then please allow us to remove it. We are confident that you will not find anything but you are welcome to look. We are blogging the truth which is constitutional protected. Good Day!
This e-mail may be privileged and/or confidential, and the sender does not waive any related rights and obligations. Any distribution, use or copying of this e-mail or the information it contains by other than an intended recipient is unauthorized. If you received this e-mail in error, please advise me (by return e-mail or otherwise) immediately. Ce courrier électronique est confidentiel et protégé. L'expéditeur ne renonce pas aux droits et obligations qui s'y rapportent. Toute diffusion, utilisation ou copie de ce message ou des renseignements qu'il contient par une personne autre que le (les) destinataire(s) désigné(s) est interdite. Si vous recevez ce courrier électronique par erreur, veuillez m'en aviser immédiatement, par retour de courrier électronique ou par un autre moyen.

| | |
|---|---|
| **From:** | contact@manwinsucks.com |
| **Sent:** | Thursday, October 27, 2011 12:27 PM |
| **To:** | Legal@manwin.com |
| **Cc:** | hdavidson@playboy.com; christophert@playboy.com; Antoine Gignac |
| **Subject:** | RE: Legal Dispute Response |
| **Importance:** | High |

Dear Manwin

The time has come.

Either you take down all your illegal content from your free porn sites (Youporn,Pornhub,ect) or you will be punished for your illegal acts. The network of Manwin fighters have purchased Manwin domains like ManwinCanada.com and ManwinGermany.com to combat your companies illegal actions. Our network has plans for your company which has been using illegal videos to profit on your paid sites.

We will give you 7 days from tomorrow to delete all illegal videos that you uploaded yourselves. If we find their is even one video with content that was not user uploaded by someone other than yoru employees, we will begin to shut your sites down one by one.

You were no better when your name was MANSEF and the US government seized your laundered money. We knows of your schemes behind your business with Playboy. Trying to gain access into the US through business deals so you can better use the system to make more money. We have made ourselves clear. Do what is right and stop with the futile games on the adult industry and illegally profiting using websites that does not provide legal content. You have no rights to it. Not because you distribute illegal content for free does not make it legal.

Our purpose is great, our mission is simple and our resolve cannot be broken.

We are **ELITE**

Nous sommes **ELITE**


P.S-You do not have a registered trademark!



-------- Original Message --------
Subject: RE: Legal Dispute Response
From: Antoine Gignac <Antoine.Gignac@manwin.com>
Date: Fri, September 23, 2011 8:04 am
To: "contact@manwinsucks.com" <contact@manwinsucks.com>


Your arguments are totally irrelevant. Your domain name infringes on our trademark.

Take your website down or move it to another domain name that does not have Manwin in it. If you fail do so, we will file a UDRP.

---

**From:** contact@manwinsucks.com [mailto:contact@manwinsucks.com]
**Sent:** Thursday, September 22, 2011 9:39 PM
**To:** Antoine Gignac
**Subject:** Legal Dispute Response

Manwin,

We reserve the rights to exploit all corporate scams and public related information about Manwin. It its our 1st Amendment right to speak our opinions about your corporate dealings and services which has shown to be greatly negative. As seen on our website, your CEO is constantly posting his views and interacts with those of the Adult industry on the website GFY.COM. This is public knowledge and we simply incorporate the information in a fixed location.

Websites such as noamazon.com,aolwatch.org,starbucked.com, gapsucks.org and Manwinsucks.com are built on opinionated based facts and public information. There are many Suck Sites still thriving due to the protection from the 1st amendment and facts straight from your own CEO placed online by him. Big chains such as Walmart.com have sites like walmartsucks.org that cannot be removed due to the protection it carries. The email you have sent is not a legal dispute filed with any domain dispute company, but a simple email stating your views on our domain. We reserve the right to post our opinions using factual evidence and we will continue to do so as many others have as you can see above. Our next measure, when we are ready to improve the site, will be to place a forum on our page  so that every other individual who disagrees with your practices and schemes will have a voice.

The fact that you have contacted our privacy agents about this matter means you must feel threatened by our website yet we have only gathered public information which is viewable to everyone anyway and place it on our blog. We are operating within our legal boundaries and do not infringe on any trademark you claim to have. The trademark you claim to have is not yet registered and has only been filed. Claiming that we are infringing on a not yet registered mark is a clear indication that you are with silver tongues which should be clear that this is probably why we have this blog. We are only here to display the truth behind your company and we will continue to do so until we decide we no longer see this type of behavior from Manwin.

Until you have a actual registered trademark that has not been opposed and it is actually registered, we will acknowledge the trademark. Even if you had a trademark for may years now, we still remain protected by our 1st amendment rights. To be blunt if you looked on your website, no trademark symbols of any kind are placed there since you cannot actually place one until your trademark registration process is complete and actually approved. Until then you have no rights but copyright rights but we have taken nothing from your site and placed on our site. If you require further communication, you may reach us at Contact@manwinsucks.com.

Please refer to this address for more educated information about our site:
http://www.4trademark.com/faqs.html , http://www.hoosucks.com/process/legal_issues.htm

If there are any specific and untrue statements on our site then please allow us to remove it. We are confident that you will not find anything but you are welcome to look. We are blogging the truth which is constitutional protected. Good Day!

This e-mail may be privileged and/or confidential, and the sender does not waive any related rights and obligations. Any distribution, use or copying of this e-mail or the information it contains by other than an intended recipient is unauthorized. If you received this e-mail in error, please advise me (by return e-mail or otherwise) immediately. Ce courrier électronique est confidentiel

et protégé. L'expéditeur ne renonce pas aux droits et obligations qui s'y rapportent. Toute diffusion, utilisation ou copie de ce message ou des renseignements qu'il contient par une personne autre que le (les) destinataire(s) désigné(s) est interdite. Si vous recevez ce courrier électronique par erreur, veuillez m'en aviser immédiatement, par retour de courrier électronique ou par un autre moyen.

3

# EXHIBIT   2

# EXHIBIT   2

Whois Lookup | Domain Availability - Registration Information                        Page 1 of 2

Username / Customers    Password    | Log In |   Forgot Password? | Create Account        Empty ▾    24/7 Sales & Support ▾

WHOIS Domain Check                          Our Commercials   Bob's Video Blog   Deals of the Day   **(480) 505-8877**
                                                                                              Hablamos Español

## WHOIS search results for:
## MANWIN.NET
(Registered)

**Is this your domain?**
Add hosting, email and more.

**Want to buy this domain?**
Get it with our Domain Buy service.

The data contained in GoDaddy.com, LLC's WHOIS database,
while believed by the company to be reliable, is provided "as is"
with no guarantee or warranties regarding its accuracy. This
information is provided for the sole purpose of assisting you
in obtaining information about domain name registration records.
Any use of this data for any other purpose is expressly forbidden without the prior written
permission of GoDaddy.com, LLC. By submitting an inquiry,
you agree not to use this data to allow, enable, or otherwise make possible,
dissemination or collection of this data, in part or in its entirety, for any
purpose, such as the transmission of unsolicited advertising and
solicitations of any kind, including spam. You further agree
not to use this data to enable high volume, automated or robotic electronic
processes designed to collect or compile this data for any purpose,
including mining this data for your own personal or commercial purposes.

Please note: the registrant of the domain name is specified
in the "registrant" field. In most cases, GoDaddy.com, LLC
is not the registrant of domain names listed in this database.

### NameMatch Recommendations

GoDaddy.com NameMatch has found similar domain names related to your search.
Registering multiple domain names may help protect your online brand and enable you to
capture more Web traffic, which you can then direct to your primary domain.

Domains available for new registration:

Similar Premium Domains

| | | |
|---|---|---|
| ☐ | Win-Prize.com | $499.00* |
| ☐ | SingleMans.com | $1,549.00* |
| ☐ | MansBikini.com | $1,299.00* |
| ☐ | ManWine.com | $3,188.00* |
| ☐ | ManWorld.org | $788.00* |
| ☐ | ManAndHisWorld.com | $888.00* |

Registrant:
Nonprofit Public

po box 922
zellwood, Florida 32798
United States

Registered through: GoDaddy.com, LLC (http://www.godaddy.com)
Domain Name: MANWIN.NET
Created on: 30-Jun-10
Expires on: 30-Jun-12
Last Updated on: 02-Apr-12

Administrative Contact:
martin, james jerek420@gmail.com
Nonprofit Public
po box 922
zellwood, Florida 32798
United States
+1.4073580254

Technical Contact:
martin, james jerek420@gmail.com
Nonprofit Public
po box 922
zellwood, Florida 32798
United States
+1.4073580254

Domain servers in listed order:
NS49.DOMAINCONTROL.COM
NS50.DOMAINCONTROL.COM

Registry Status: clientDeleteProhibited
Registry Status: clientRenewProhibited
Registry Status: clientTransferProhibited
Registry Status: clientUpdateProhibited

See Underlying Registry Data
Report Invalid Whois

### Learn more about

Private Registration                 Deluxe Registration

Business Registration                Protected Registration

*Plus ICANN fee of $0.18 per domain name year.
**.CA domain names will be registered through Go Daddy Domains Canada, Inc., a CIRA certified registrar.

Enter a domain name to search            .com

## Go Daddy Global

Language: English    ▾    Country: United States    ▾    Currency: United States Dollar $ (Transactional)

http://who.godaddy.com/whois.aspx?domain=manwin.net&prog_id=GoDaddy                    4/12/2012

| Account Manager | Shopping | Resources | Support | About Go Daddy | Mobile | Find Us On... |
|---|---|---|---|---|---|---|
| My Account | Domain Search | Webmail | Telephone Support & Sales | About Us | Go Daddy, on the GO! | |
| My Renewals | Product Catalog | WHOIS search | Product Support | News Releases | iPhone Application | |
| My Upgrades | Go Daddy Gear | ICANN Confirmation | Discussion Forums | Careers | iPad Application | |
| Account Settings | Go Daddy Mobile | Affiliates | User Groups | Marketing Opportunities | Android Application | |
| Customer Information | Deals of the Day | Follow & Fan Us | Submit Support Ticket | Customer Testimonials | BlackBerry Application | |
| Order History | | Legal | Site Suggestions | Security Center | Visit GoDaddyMobile.com | |
| Create Account | | Commercial Contests | Report Abuse | .ME Scholarship | | |
| | | Site Map | Go Daddy Scoop | Round Up for CharityInside Go Daddy | Sign Up for Special Offers | |

Email Address        [ Submit ]

Use of this Site is subject to express Terms of Use. By using this Site, you signify that you agree to be bound by these Terms of Use, which were last revised on August 5, 2011
Legal    Privacy Policy
GoDaddy.com is the world's No. 1 ICANN-accredited domain name registrar for .COM, .NET, .ORG, .INFO, .BIZ and .US domain extensions. Source: RegistrarSTATS.com

Copyright © 1999 - 2012 Go Daddy Operating Company, LLC. All Rights Reserved.

Although it often appears "WHOIS" or "Whois", the term is not an acronym. It means literally "Who is", referring to the searchable database that stores domain information for every URL currently registered on the Internet. Think of the WHOIS database as the "white pages" of the internet neighborhood.

Search the GoDaddy.com WHOIS database whenever you want to know who a particular Web site belongs to. You may even be able to find the name and contact information of the business or individual who holds the registration on that domain. If the registration is private, specific information such as the holder's name, address, phone number and email address will be hidden from public view.

There are a number of reasons why you might want to use the GoDaddy.com WHOIS database:

* If you're a domainer, you might have your eye on a particular domain name(s) and want to know when it expires in the hopes of registering it yourself. You might also wish to approach the registrant with a private purchase offer.

* If you are the legal owner of a copyrighted name and you find someone else has registered a domain with that name in it, you'll want to take legal action against whoever's infringed on your rights by "cyber-squatting" on your Internet territory.

* If you come across your own original content reproduced without permission on another Web site, you may want to look up the name of the domain registrant in order to file a DMCA complaint against him or her. This federal act makes it illegal for anyone to produce or distribute another's original material on the Internet.

Law enforcement agencies use the WHOIS database to support national and international efforts including copyright protection and anti-terrorism laws. They're able to identify the registrant - or at least the host or registrar - of every domain name registered today. Legal infractions that can't be traced to an individual or business can certainly be traced to a registrar. Depending on the offense, the registrar may warn the site owner or shut down the Web site altogether.

GoDaddy.com has been active in combating Internet crime and abuse. GoDaddy.com lawyers have testified before the U.S. House Judiciary Subcommittee on Crime, Terrorism and Homeland Security about the rapid proliferation of illegitimate pharmacies and child pornography on the Internet. In fact, the company had a hand in the 2008 passage of the Ryan Haight Online Pharmacy Consumer Protection Act, named after a California teenager who died from an overdose of a drug he bought online.

http://who.godaddy.com/whois.aspx?domain=manwin.net&prog_id=GoDaddy                    4/12/2012

Username / Customer#   Password   | Log In |   Forgot Password? | Create Account      Empty ▾      24/7 Sales & Support ▾

WHOIS Domain Check      Our Commercials    Bob's Video Blog    Deals of the Day    **(480) 505-8877**
Hablamos Español

# WHOIS search results for: MANWIN.CO
(Registered)

## Is this your domain?
Add hosting, email and more.

## Want to buy this domain?
Get it with our Domain Buy service.

The data contained in GoDaddy.com, LLC's WHOIS database,
while believed by the company to be reliable, is provided "as is"
with no guarantee or warranties regarding its accuracy. This
information is provided for the sole purpose of assisting you
in obtaining information about domain name registration records.
Any use of this data for any other purpose is expressly forbidden without the prior written
permission of GoDaddy.com, LLC. By submitting an inquiry,
you agree not to use this data to allow, enable, or otherwise make possible,
dissemination or collection of this data, in part or in its entirety, for any
purpose, such as the transmission of unsolicited advertising and
solicitations of any kind, including spam. You further agree
not to use this data to enable high volume, automated or robotic electronic
processes designed to collect or compile this data for any purpose,
including mining this data for your own personal or commercial purposes.

Please note: the registrant of the domain name is specified
in the "registrant" field. In most cases, GoDaddy.com, LLC
is not the registrant of domain names listed in this database.

Registrant:
Nonprofit Public

po box 922
zellwood, Florida 32798
United States

Registered through: GoDaddy.com, LLC (http://www.godaddy.com)
Domain Name: MANWIN.CO
Created on: 12-Jul-11
Expires on: 11-Jul-12
Last Updated on: 02-Apr-12

Administrative Contact:
martin, james jarek420@gmail.com
Nonprofit Public
po box 922
zellwood, Florida 32798
United States
+1.4073580254

Technical Contact:
martin, james jarek420@gmail.com
Nonprofit Public
po box 922
zellwood, Florida 32798
United States
+1.4073580254

Domain servers in listed order:
NS41.DOMAINCONTROL.COM
NS42.DOMAINCONTROL.COM

Registry Status: clientDeleteProhibited
Registry Status: clientRenewProhibited
Registry Status: clientTransferProhibited
Registry Status: clientUpdateProhibited

See Underlying Registry Data
Report Invalid Whois

## NameMatch Recommendations

GoDaddy.com NameMatch has found similar domain names related to your search.
Registering multiple domain names may help protect your online brand and enable you to
capture more Web traffic, which you can then direct to your primary domain.

Domains available for new registration:

### Similar Premium Domains

| Domain | Price |
|---|---|
| Win-Prize.com | $499.00* |
| SingleMans.com | $1,549.00* |
| MansSuit.com | $1,849.00* |
| ManWins.com | $3,188.00* |
| ManWorld.org | $788.00* |
| ManAndHisWorld.com | $888.00* |

## Learn more about

Private Registration        Deluxe Registration

Business Registration       Protected Registration

*Plus ICANN fee of $0.18 per domain name year.
**.CA domain names will be registered through Go Daddy Domains Canada, Inc., a CIRA certified registrar.

Enter a domain name to search          .com

## Go Daddy Global

Language: English  ▾      Country: United States  ▾      Currency: United States Dollar $ (Transactional)

http://who.godaddy.com/whois.aspx?k=C50y8ZZPrgJRpZ0pGxWGyA==&domain=manw...   4/12/2012

| Account Manager | Shopping | Resources | Support | About Go Daddy | Mobile |
|---|---|---|---|---|---|
| My Renewals | Domains Search | WHOIS search | Telephone Support & Sales | News Releases | Go Daddy, on the GO! |
| My Upgrades | Product Catalog | ICANN Confirmation | Product Support | Careers | iPhone Application |
| Account Settings | Go Daddy Gear | Affiliates | Discussion Forums | Marketing Opportunities | iPad Application |
| Customer Information | Go Daddy Mobile | Follow & Fan Us | User Groups | Customer Testimonials | Android Application |
| Order History | Deals of the Day | Legal | Submit Support Ticket | Security Center | BlackBerry Application |
| Create Account | | Commercial Contests | Site Suggestions | .ME Scholarship | Visit GoDaddyMobile.com |
| | | Site Map | Report Abuse | Round Up for CharityInside | |
| | | | Go Daddy Scoop | Go Daddy | |

Sign Up for Special Offers

Find Us On...

Email Address          Submit

Use of this Site is subject to express Terms of Use. By using this Site, you signify that you agree to be bound by these Terms of Use, which were last revised on August 5, 2011.
Legal    Privacy Policy
GoDaddy.com is the world's No. 1 ICANN-accredited domain name registrar for .COM, .NET, .ORG, .INFO, .BIZ and .US domain extensions  Source: RegistrarSTATS.com

Copyright © 1999 - 2012 Go Daddy Operating Company, LLC. All Rights Reserved

Although it often appears "WHOIS" or "Whols", the term is not an acronym. It means literally "Who is", referring to the searchable database that stores domain information for every URL currently registered on the Internet. Think of the WHOIS database as the "white pages" of the Internet neighborhood.

Search the GoDaddy.com WHOIS database whenever you want to know who a particular Web site belongs to. You may even be able to find the name and contact information of the business or individual who holds the registration on that domain. If the registration is private, specific information such as the holder's name, address, phone number and email address will be hidden from public view.

There are a number of reasons why you might want to use the GoDaddy.com WHOIS database:

· If you're a domainer, you might have your eye on a particular domain name(s) and want to know when it expires in the hopes of registering it yourself. You might also wish to approach the registrant with a private purchase offer.

· If you are the legal owner of a copyrighted name and you find someone else has registered a domain with that name in it, you'll want to take legal action against whoever's infringed on your rights by "cyber-squatting" on your Internet territory.

· If you come across your own original content reproduced without permission on another Web site, you may want to look up the name of the domain registrant in order to file a DMCA complaint against him or her. This federal act makes it illegal for anyone to produce or distribute another's original material on the Internet.

Law enforcement agencies use the WHOIS database to support national and international efforts including copyright protection and anti-terrorism laws. They're able to identify the registrant - or at least the host or registrar - of every domain name registered today. Legal infractions that can't be traced to an individual or business can certainly be traced to a registrar. Depending on the offense, the registrar may warn the site owner or shut down the Web site altogether.

GoDaddy.com has been active in combating Internet crime and abuse. GoDaddy.com lawyers have testified before the U.S. House Judiciary Subcommittee on Crime, Terrorism and Homeland Security about the rapid proliferation of illegitimate pharmacies and child pornography on the Internet. In fact, the company had a hand in the 2008 passage of the Ryan Haight Online Pharmacy Consumer Protection Act, named after a California teenager who died from an overdose of a drug he bought online.

http://who.godaddy.com/whois.aspx?k=C50y8ZZPrgJRpZ0pGxWGyA==&domain=manw...  4/12/2012

Username / Customer#    Password    [ Log In ]    Forgot Password? | Create Account    Empty ▼    24/7 Sales & Support ▼

WHOIS Domain Check    Our Commercials    Bob's Video Blog    Deals of the Day    **(480) 505-8877**    Hablamos Español

**WHOIS search results for:**
**MANWINSUCKS.COM**
(Registered)

**Is this your domain?**
Add hosting, email and more.

**Want to buy this domain?**
Get it with our Domain Buy service.

The data contained in GoDaddy.com, LLC's WHOIS database,
while believed by the company to be reliable, is provided "as is"
with no guarantee or warranties regarding its accuracy. This
information is provided for the sole purpose of assisting you
in obtaining information about domain name registration records.
Any use of this data for any other purpose is expressly forbidden without the prior written
permission of GoDaddy.com, LLC. By submitting an inquiry,
you agree to these terms of usage and limitations of warranty. In particular,
you agree not to use this data to allow, enable, or otherwise make possible,
dissemination or collection of this data, in part or in its entirety, for any
purpose, such as the transmission of unsolicited advertising and
solicitations of any kind, including spam. You further agree
not to use this data to enable high volume, automated or robotic electronic
processes designed to collect or compile this data for any purpose,
including mining this data for your own personal or commercial purposes.

Please note: the registrant of the domain name is specified
in the "registrant" field. In most cases, GoDaddy.com, LLC
is not the registrant of domain names listed in this database.

Registrant:
Nonprofit Public

po box 922
zellwood, Florida 32798
United States

Registered through: GoDaddy.com, LLC (http://www.godaddy.com)
Domain Name: MANWINSUCKS.COM
Created on: 20-Aug-11
Expires on: 20-Aug-12
Last Updated on: 02-Apr-12

Administrative Contact:
martin, james jarek420@gmail.com
Nonprofit Public
po box 922
zellwood, Florida 32798
United States
+1.4073580254

Technical Contact:
martin, james jarek420@gmail.com
Nonprofit Public
po box 922
zellwood, Florida 32798
United States
+1.4073580254

Domain servers in listed order:
NS41.DOMAINCONTROL.COM
NS42.DOMAINCONTROL.COM

Registry Status: clientDeleteProhibited
Registry Status: clientRenewProhibited
Registry Status: clientTransferProhibited
Registry Status: clientUpdateProhibited

See Underlying Registry Data
Report Invalid Whois

**NameMatch Recommendations**

GoDaddy.com NameMatch has found similar domain names related to your search.
Registering multiple domain names may help protect your online brand and enable you to
capture more Web traffic, which you can then direct to your primary domain.

**Domains available for new registration:**

Similar Premium Domains

| | | |
|---|---|---|
| ☐ Win-Prize.com | | $499.00* |
| ☐ CustomerSucks.com | | $900.00* |
| ☐ GreenSucks.com | | $569.00* |
| ☐ ManWorld.org | | $788.00* |
| ☐ Mankins.com | | $2,488.00* |
| ☐ ManHat.com | | $9,288.00* |

**Learn more about**

Private Registration                    Deluxe Registration

Business Registration                    Protected Registration

*Plus ICANN fee of $0.18 per domain name year.
**.CA domain names will be registered through Go Daddy Domains Canada, Inc., a CIRA certified registrar.

Enter a domain name to search                    .com

**Go Daddy Global**

Language: English ▾    Country: United States ▾    Currency: United States Dollar $ (Transactional)

WhoIs Lookup | Domain Availability - Registration Information                                      Page 2 of 2

**Account Manager**
My Account
My Renewals
My Upgrades
Account Settings
Customer Information
Order History
Create Account

**Shopping**
Domain Search
Product Catalog
Go Daddy Gear
Go Daddy Mobile
Deals of the Day

**Resources**
WHOIS
WHOIS search
ICANN Confirmation
Affiliates
Follow & Fan Us
Legal
Commercial Contests
Site Map

**Support**
Telephone Support & Sales
Product Support
Discussion Forums
User Groups
Submit Support Ticket
Site Suggestions
Report Abuse
Go Daddy Scoop

**About Go Daddy**
About Us
News Releases
Careers
Marketing Opportunities
Customer Testimonials
Security Center
.ME Scholarship
Round Up for Charity
Go Daddy

**Mobile**
Go Daddy, on the Go!
iPhone Application
iPad Application
Android Application
BlackBerry Application
Visit GoDaddyMobile.com

Inside Go Daddy

**Find Us On...**

**Sign Up for Special Offers**
Email Address                 Submit

Use of this Site is subject to express Terms of Use. By using this Site, you signify that you agree to be bound by these Terms of Use, which were last revised on August 5, 2011.
Legal      Privacy Policy
GoDaddy.com is the world's No. 1 ICANN-accredited domain name registrar for COM, .NET, .ORG, .INFO, .BIZ and .US domain extensions. Source: RegistrarSTATS.com

Copyright © 1999 - 2012 Go Daddy Operating Company, LLC. All Rights Reserved.

Although it often appears "WHOIS" or "Whois", the term is not an acronym. It means literally "Who is", referring to the searchable database that stores domain information for every URL currently registered on the Internet. Think of the WHOIS database as the "white pages" of the Internet neighborhood.

Search the GoDaddy.com WHOIS database whenever you want to know who a particular Web site belongs to. You may even be able to find the name and contact information of the business or individual who holds the registration on that domain. If the registration is private, specific information such as the holder's name, address, phone number and email address will be hidden from public view.

There are a number of reasons why you might want to use the GoDaddy.com WHOIS database:

- If you're a domainer, you might have your eye on a particular domain name(s) and want to know when it expires in the hopes of registering it yourself. You might also wish to approach the registrant with a private purchase offer.

- If you are the legal owner of a copyrighted name and you find someone else has registered a domain with that name in it, you'll want to take legal action against whoever's infringed on your rights by "cyber-squatting" on your Internet territory.

- If you come across your own original content reproduced without permission on another Web site, you may want to look up the name of the domain registrant in order to file a DMCA complaint against him or her. This federal act makes it illegal for anyone to produce or distribute another's original material on the Internet.

Law enforcement agencies use the WHOIS database to support national and international efforts including copyright protection and anti-terrorism laws. They're able to identify the registrant - or at least the host or registrar - of every domain name registered today. Legal infractions that can't be traced to an individual or business can certainly be traced to a registrar. Depending on the offense, the registrar may warn the site owner or shut down the Web site altogether.

GoDaddy.com has been active in combating Internet crime and abuse. GoDaddy.com lawyers have testified before the U.S. House Judiciary Subcommittee on Crime, Terrorism and Homeland Security about the rapid proliferation of illegitimate pharmacies and child pornography on the Internet. In fact, the company had a hand in the 2008 passage of the Ryan Haight Online Pharmacy Consumer Protection Act, named after a California teenager who died from an overdose of a drug he bought online.

http://who.godaddy.com/whois.aspx?k=Epo3xEuHp9o+xOXIk0Bvug==&domain=manwi...    4/12/2012

EX 2 PG 26

Whois Lookup | Domain Availability - Registration Information

Username / Customer#    Password    [ Log in ]    Forgot Password? | Create Account    Empty ▾    24/7 Sales & Support ▾

WHOIS Domain Check    Our Commercials    Bob's Video Blog    Deals of the Day    **(480) 505-8877** Hablamos Español

**WHOIS search results for:**
**BRAZZER.US**
(Registered)

**Is this your domain?**
Add hosting, email and more.

**Want to buy this domain?**
Get it with our Domain Buy service.

The data contained in GoDaddy.com, LLC's WHOIS database,
while believed by the company to be reliable, is provided "as is"
with no guarantee or warranties regarding its accuracy. This
information is provided for the sole purpose of assisting you
in obtaining information about domain name registration records.
Any use of this data for any other purpose is expressly forbidden without the prior written
permission of GoDaddy.com, LLC. By submitting an inquiry,
you agree not to use this data to allow, enable, or otherwise make possible,
dissemination or collection of this data, in part or in its entirety, for any
purpose, such as the transmission of unsolicited advertising and
solicitations of any kind, including spam. You further agree
not to use this data to enable high volume, automated or robotic electronic
processes designed to collect or compile this data for any purpose,
including mining this data for your own personal or commercial purposes.

Please note: the registrant of the domain name is specified
in the "registrant" field. In most cases, GoDaddy.com, LLC
is not the registrant of domain names listed in this database.

Registrant:
Alan Nadell
4926 Oak Way
Omaha, NE 68164
United States

Registered through: GoDaddy.com, LLC (http://www.godaddy.com)
Domain Name: BRAZZER.US
Created on: 31-May-11
Expires on: 30-May-13
Last Updated on: 30-Nov-11

Administrative Contact:
Nadell, Alan alannadell@hotmail.com
4926 Oak Way
Omaha, NE 68164
United States
+1.4024315379

Technical Contact:
Nadell, Alan alannadell@hotmail.com
4926 Oak Way
Omaha, NE 68164
United States
+1.4024315379

Domain servers in listed order:
NS75.DOMAINCONTROL.COM
NS76.DOMAINCONTROL.COM

Registry Status: clientDeleteProhibited
Registry Status: clientRenewProhibited
Registry Status: clientTransferProhibited
Registry Status: clientUpdateProhibited

See Underlying Registry Data
Report Invalid Whois

**NameMatch Recommendations**

GoDaddy.com NameMatch has found similar domain names related to your search.
Registering multiple domain names may help protect your online brand and enable you to
capture more Web traffic, which you can then direct to your primary domain.

Domains available for new registration:

Similar Premium Domains

☐ GuerRezzi.com                                $2,086.00*
☐ Boohfss.com                                  $1,466.00*
☐ Bras.net                                     $1,440.00*

Domains available at Go Daddy Auctions®:

☐ brazzersisnumberone.com
   Ends on: 5/11/2012 11:22:00 AM PDT          $499.00*
☐ brazzersonetwo.com
   Ends on: 5/6/2012 10:47:00 AM PDT           $500.00*
☐ brazzeracca.com
   Ends on: 5/6/2012 10:25:00 AM PDT           $500.00*

**Learn more about**

Private Registration          Deluxe Registration
Business Registration         Protected Registration

*Plus ICANN fee of $0.18 per domain name year.
**.CA domain names will be registered through Go Daddy Domains Canada, Inc., a CIRA certified registrar.

Enter a domain name to search                    .com

**Go Daddy Global**

Language: English  [ ▾ ]   Country: United States  [ ▾ ]   Currency: United States Dollar $ (Transactional)

| Account Manager | Shopping | Resource | Support | About Go Daddy | Mobile | Find Us On... |
|---|---|---|---|---|---|---|
| My Account | Domain Search | Webmail | Telephone Support & Sales | About Us | Go Daddy, on the GO! | |
| My Renewals | Product Catalog | WHOIS search | Product Support | News Releases | iPhone Application | |

http://who.godaddy.com/whois.aspx?k=AWyP/vcV6ipOU1e5xf2vHQ==&domain=brazzer...   4/12/2012



| My Upgrades | Go Daddy Gear | ICANN Confirmation | Discussion Forums | Careers | iPad Application |
| Account Settings | Go Daddy Mobile | Affiliates | User Groups | Marketing Opportunities | Android Application |
| Customer Information | Deals of the Day | Follow & Fan Us | Submit Support Ticket | Customer Testimonials | BlackBerry Application |
| Order History | | Legal | Site Suggestions | Security Center | Visit GoDaddyMobile.com |
| Create Account | | Commercial Contests | Report Abuse | .ME Scholarship | |
| | | Site Map | Go Daddy Scoop | Round Up for CharityInside | **Sign Up for Special Offers** |
| | | | | Go Daddy | Email Address    Submit |

Use of this Site is subject to express Terms of Use. By using this Site, you signify that you agree to be bound by these Terms of Use, which were last revised on August 5, 2011.
Legal    Privacy Policy
GoDaddy.com is the world's No. 1 ICANN-accredited domain name registrar for COM, .NET, .ORG, .INFO, .BIZ and .US domain extensions. Source: RegistrarSTATS.com

Copyright © 1999 - 2012 Go Daddy Operating Company, LLC. All Rights Reserved.

Although it often appears "WHOIS" or "WhoIs", the term is not an acronym. It means literally "Who is", referring to the searchable database that stores domain information for every URL currently registered on the Internet. Think of the WHOIS database as the "white pages" of the Internet neighborhood.

Search the GoDaddy.com WHOIS database whenever you want to know who a particular Web site belongs to. You may even be able to find the name and contact information of the business or individual who holds the registration on that domain. If the registration is private, specific information such as the holder's name, address, phone number and email address will be hidden from public view.

There are a number of reasons why you might want to use the GoDaddy.com WHOIS database:

· If you're a domainer, you might have your eye on a particular domain name(s) and want to know when it expires in the hopes of registering it yourself. You might also wish to approach the registrant with a private purchase offer.

· If you are the legal owner of a copyrighted name and you find someone else has registered a domain with that name in it, you'll want to take legal action against whoever's infringed on your rights by "cyber-squatting" on your Internet territory.

· If you come across your own original content reproduced without permission on another Web site, you may want to look up the name of the domain registrant in order to file a DMCA complaint against him or her. This federal act makes it illegal for anyone to produce or distribute another's original material on the Internet.

Law enforcement agencies use the WHOIS database to support national and international efforts including copyright protection and anti-terrorism laws. They're able to identify the registrant - or at least the host or registrar - of every domain name registered today. Legal infractions that can't be traced to an individual or business can certainly be traced to a registrar. Depending on the offense, the registrar may warn the site owner or shut down the Web site altogether.

GoDaddy.com has been active in combating Internet crime and abuse. GoDaddy.com lawyers have testified before the U.S. House Judiciary Subcommittee on Crime, Terrorism and Homeland Security about the rapid proliferation of illegitimate pharmacies and child pornography on the Internet. In fact, the company had a hand in the 2008 passage of the Ryan Haight Online Pharmacy Consumer Protection Act, named after a California teenager who died from an overdose of a drug he bought online.