1  MARC E. MAYER (SBN 190969);
   mem@msk.com
2  EMILY F. EVITT (SBN 261491)
   efe@msk.com
3  MITCHELL SILBERBERG & KNUPP LLP
   11377 West Olympic Boulevard
4  Los Angeles, California 90064-1683
   Telephone: (310) 312-2000
5  Facsimile: (310) 312-3100

6  Attorneys for Plaintiff Manwin Licensing
   International S.à.r.l.

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| MANWIN LICENSING INTERNATIONAL SARL, a Luxembourg Limited Liability Company,<br><br>                Plaintiff,<br><br>    v.<br><br>NICHOLAS BULGIN, a/k/a "Gill Manwinder," "Yi Weng," "Chris Hill," "contact@Manwinsucks.com," "Jim Jagen," and "Radishdreams", an individual,<br><br>                Defendant. | CASE NO. CV12-02484 GW (SHx)<br><br>**ORDER GRANTING *EX PARTE* APPLICATION FOR LEAVE TO TAKE LIMITED IMMEDIATE DISCOVERY ON GODADDY.COM, LLC, DOMAINS BY PROXY, LLC, AND CHARTER COMMUNICATIONS, INC.** |
|---|---|

Mitchell Silberberg & Knupp LLP

4583243.1/43277-00096 **Error! Unknown document property name.**

ORDER GRANTING EX PARTE APPLICATION

After full consideration of the *Ex Parte* Application of Manwin Licensing International, S.à.r.l. ("Manwin") for Leave to Take Limited Immediate Discovery, including the supporting declaration and exhibits thereto, and good cause having been shown:

IT IS ORDERED that, as of the date of this Order, Plaintiff may serve, pursuant to Federal Rule of Civil Procedure 45, subpoenas on the following entities: (1) GoDaddy.com, LLC; (2) Domains By Proxy, LLC; and (3) Charter Communications, Inc.

SO ORDERED

DATED: April 23, 2012

_____
Honorable Stephen J. Hillman
United States Magistrate Judge