MARC E. MAYER (SBN 190969)
mem@msk.com
EMILY F. EVITT (SBN 261491)
efe@msk.com
MITCHELL SILBERBERG & KNUPP LLP
11377 West Olympic Boulevard
Los Angeles, California 90064-1683
Telephone: (310) 312-2000
Facsimile: (310) 312-3100

Attorneys for Plaintiff Manwin Licensing
International S.à.r.l.

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| MANWIN LICENSING INTERNATIONAL SARL, a Luxembourg Limited Liability Company,<br><br>                Plaintiff,<br><br>      v.<br><br>NICHOLAS BULGIN, a/k/a "Gill Manwinder," "Yi Weng," "Chris Hill," "contact@Manwinsucks.com," "Jim Jagen," and "Radishdreams", an individual,<br><br>                Defendant. | CASE NO.  CV12-02484 GW (SHx)<br><br>**DECLARATION OF EMILY F. EVITT IN SUPPORT OF *EX PARTE* APPLICATION FOR LEAVE TO SERVE ADDITIONAL LIMITED THIRD-PARTY DISCOVERY**<br><br>**[NOTICE OF *EX PARTE* APPLICATION AND *EX PARTE* APPLICATION OF MANWIN LICENSING INTERNATIONAL SARL FOR LEAVE TO SERVE ADDITIONAL LIMITED THIRD-PARTY DISCOVERY, PROPOSED *EX PARTE* ORDER FILED CONCURRENTLY HEREWITH]** |

Mitchell
Silberberg &
Knupp LLP

4693505.2/43277-00096

# DECLARATION OF EMILY F. EVITT

I, Emily F. Evitt, declare as follows:

1.      I am an attorney-at-law, duly licensed to practice law in the State of California.  I am an associate with the law firm of Mitchell Silberberg & Knupp LLP, counsel of record for Plaintiff Manwin Licensing International S.à.r.l ("Manwin") in this action.  I know all of the following of my own personal knowledge and, if called as a witness, could and would competently testify thereto.

2.      During the course of its ongoing investigation, Manwin learned that the defamatory Blogspot page (http://manwinexposed.blogspot.com) was posted to via the Internet Service Provider Formless Networking, LLC.

3.      Attached hereto as Exhibit 1 is a true and correct copy of what I understand to be copies of text messages exchanged between Defendant James Martin and "Gill Stevens."  These text messages were obtained by Manwin's investigator from Mr. Martin.

4.      Attached hereto as Exhibit 2 and incorporated herein by reference is a true and correct copy of what appears to be an e-mail from "Gill Stevens" to James Martin using the Gmail account GillSevenz@gmail.com.  This e-mail was obtained by Manwin's investigator from a relative of Mr. Martin.

4.      Attached hereto as Exhibit 3 is a true and correct copy of the "Hushmail" communication sent to Manwin's owner and CEO, Fabian Thylmann, on July 5, 2012.  Specifically, Mr. Thylmann received an e-mail with the title "My

Mitchell
Silberberg &
Knupp LLP

4693505.2/43277-00096

1

1   gift to you Fabian."  The e-mail contained the text:  "thehack@hushmail.me has

2   sent you a secure email using Hushmail. To read it, please visit the following web

3   page:  https://www.hushmail.com/express/SKJ28H43"  Clicking on that link takes

4   the user to an online location within the Hushmail website.  Once connected to that

5   location, the user is prompted to enter the password "Manwin."   After doing so,

6   the text of the message is provided.

7

8        5.    Defendant Nicholas Bulgin has advised us that he is no longer

9   represented by counsel.  Thus, on July 11, 2012, I directly gave Defendant Bulgin

10  notice of this *ex parte* application by mailing a copy, via overnight mail, to Mr.

11  Bulgin's home address.  Defendant James Martin has not yet been served with the

12  First Amended Complaint.

13

14       I declare under penalty of perjury that the foregoing is true and correct.

15

16       Executed on this 12th day of July, 2012, at Los Angeles, California.

17

18

19                                                    Emily F. Evitt

20

21

22

23

24

25

26

27

28

Mitchell
Silberberg &
Knupp LLP

4693505.2/43277-00096

DECLARATION OF EMILY F. EVITT IN SUPPORT OF *EX PARTE* APPLICATION FOR LEAVE TO SERVE
ADDITIONAL LIMITED THIRD-PARTY DISCOVERY

# EXHIBIT   1

# EXHIBIT   1

------ SMS Text ------
From: 4242565814
Received: Apr 4, 2012 4:04 PM
Subject: As a precaution,

As a precaution,the last time i spoke with these manwin people they werent happy. they threatened to sue me but they know they cant.They might try a udrp though
Sent from my BlackBerry® by Boost Mobile

------ SMS Text ------
From: 4242565814
Received: Apr 10, 2012 11:51 PM
Subject: Hey bro its gill.

Hey bro its gill. Are you receiving my texts OK?
Sent from my BlackBerry® by Boost Mobile

------ SMS Text ------
To: 4242565814
Sent: Apr 11, 2012 12:15 AM
Subject: Think about this before u answer,

Think about this before u answer, I don't do strike 3, so be real careful how u answer.....ok, so....BRO, who is this that I been texting to back and forth....?
Sent from my BlackBerry® by Boost Mobile

------ SMS Text ------
From: 4242565814
Received: Apr 11, 2012 12:17 AM
Subject: I told you my name

I told you my name
Sent from my BlackBerry® by Boost Mobile

------ SMS Text ------
To: 4242565814
Sent: Apr 11, 2012 12:17 AM
Subject: Again.....What's ur f-----g...

Again.....What's ur f-----g name....????
Sent from my BlackBerry® by Boost Mobile

------ SMS Text ------
From: 4242565814
Received: Apr 11, 2012 12:18 AM
Subject: Are we talking bro to bro now?

EXH 1 PG3

Are we talking bro to bro now?
Sent from my BlackBerry® by Boost Mobile

------ SMS Text ------
From: 4242565814
Received: Apr 12, 2012 5:05 PM
Subject: (1/2)My name is officially Gill...

(1/2)My name is officially Gill Stevens. I odor marketing and counter marketing services.
The name I gave u before was an alias but still mine. I was tasked to
Sent from my BlackBerry® by Boost Mobile

------ SMS Text ------
From: 4242565814
Received: Apr 12, 2012 5:05 PM
Subject: (2/2)acquire the domain in ur...

(2/2)acquire the domain in ur possession now and then protect them at all costs.
Sent from my BlackBerry® by Boost Mobile

------ SMS Text ------
From: 4242565814
Received: Apr 12, 2012 5:07 PM
Subject: (1/2)Since I remained anonymous to...

(1/2)Since I remained anonymous to you I can understand why your so upset but there is
more to your anger. Man win has filed suit against a guy I know and to
Sent from my BlackBerry® by Boost Mobile

------ SMS Text ------
From: 4242565814
Received: Apr 12, 2012 5:08 PM
Subject: (1/2)So he tried to get the names...

(1/2)So he tried to get the names from me to clear his name but I can't give away the
names. Their is only one person in the lawsuit. Nick bulging I think its
Sent from my BlackBerry® by Boost Mobile

------ SMS Text ------
From: 4242565814
Received: Apr 12, 2012 5:10 PM
Subject: So now you know my name,

So now you know my name, the parties involved and half of the story
Sent from my BlackBerry® by Boost Mobile

EXH 1 PG4

------ SMS Text ------
From: 4242565814
Received: Apr 12, 2012 5:11 PM
Subject: Man win only wants the domains.

Man win only wants the domains. Nicholas contacted me a while back asking for them. I won't give away my domains even if its to save someone from a lawsuit
Sent from my BlackBerry® by Boost Mobile

------ SMS Text ------
From: 4242565814
Received: Apr 12, 2012 5:16 PM
Subject: It does suck that their suing the...

It does suck that their suing the guy but when they find out he's not the owner, I hope he sues them for millions in destroying his identity.
Sent from my BlackBerry® by Boost Mobile

EXH 1 PG5

# EXHIBIT   2

# EXHIBIT   2

Domain Holding Agreement

The domains Manwin.co,Manwin.net and ManwinSucks.com are currently help by you, James Martin of the state of Florida. I, Gill Stevens, agree to pay the amount of $25000 to you upon completion of escrow transaction #547789. The amount to be paid is the full amount and no further payments were agreed to. The amount agreed to will be transferred to the bank or service of your choosing after Manwin (buyers) has confirmed domain control in their account and the escrow transaction is complete. Upon receipt of this agreement, James Martin is charged with transferring the domains to the account information provided through email. This agreement is strictly confidential and must not be distributed to any other entity without prior consent of all parties.

Name: Gill Stevens
Email: GillSevenz@gmail.com
Phone: 4242565814

(Signature Required)

EXH 2 PG6

# EXHIBIT   3

# EXHIBIT   3

**thehack@hushmail.me**

**To:**       fabian@manwin.com
**Subject:** My gift to you Fabian
**Sent:**    Thu, 05 Jul 2012 19:31:54 +0000

http://manwinexposed.blogspot.com/2012/07/confessions-from-manwin.html

I will keep this short. Tomorrow while your sites are active, were
going to find every flaw to your security. We come together as one to
take down the giant. We will study your sites and how they respond to
our small attempts then hit you with the big guns later. Why am i
telling you this? The challenge is greatest prize in my clan. We want
to see how you respond to this threat. We warned you nicely before and
you were too prideful. People think your smart but that's just it. To
smart people, a genius is the nerd. You should have expected us.

P.s- Dont report this email as spam because if you want future
warnings and challenges, i will need this email address to contact
you. Until then!
Phoenix-Lulz