1  MARC E. MAYER (SBN 190969)
   mem@msk.com
2  EMILY F. EVITT (SBN 261491)
   efe@msk.com
3  MITCHELL SILBERBERG & KNUPP LLP
   11377 West Olympic Boulevard
4  Los Angeles, California 90064-1683
   Telephone: (310) 312-2000
5  Facsimile: (310) 312-3100

6  Attorneys for Plaintiff Manwin Licensing
   International S.à.r.l.

7

8

9

10                UNITED STATES DISTRICT COURT

11                CENTRAL DISTRICT OF CALIFORNIA

12

| MANWIN LICENSING INTERNATIONAL SARL, a Luxembourg Limited Liability Company,<br><br>Plaintiff,<br><br>v.<br><br>NICHOLAS BULGIN, a/k/a "Gill Manwinder," "Yi Weng," "Chris Hill," "contact@Manwinsucks.com," "Jim Jagen," and "Radishdreams," an individual,<br><br>Defendant. | CASE NO. CV12-02484 GW (SHx)<br><br>***EX PARTE*** ORDER GRANTING APPLICATION OF MANWIN LICENSING INTERNATIONAL SARL FOR LEAVE TO SERVE ADDITIONAL LIMITED THIRD-PARTY DISCOVERY<br><br>[NOTICE OF ***EX PARTE*** APPLICATION AND ***EX PARTE*** APPLICATION OF MANWIN LICENSING INTERNATIONAL SARL FOR LEAVE TO SERVE ADDITIONAL LIMITED THIRD-PARTY DISCOVERY, DECLARATION OF EMILY F. EVITT FILED CONCURRENTLY HEREWITH] |
|---|---|

Mitchell
Silberberg &
Knupp LLP

4693502.1/43277-00096

After full consideration of the *Ex Parte* Application of Manwin Licensing International, S.à.r.l. for Leave to Serve Additional Limited Third-Party Discovery, and good cause having been shown therefor,

IT IS ORDERED that, as of the date of this Order, Plaintiff may serve, pursuant to Federal Rule of Civil Procedure 45, subpoenas on the following third parties: (1) Google, Inc.; (2) Phonebooth, a division of Bandwith.com, Inc.; (3) Hush Communications, Ltd.; (4) Formless Networking, LLC.

DATED: July 13, 2012

_____
Honorable Stephen J. Hillman
United States Magistrate Judge

Mitchell Silberberg & Knupp LLP

4693502.1/43277-00096

1

[PROPOSED] EX PARTE ORDER GRANTING APPLICATION OF MANWIN LICENSING INTERNATIONAL SARL FOR LEAVE TO SERVE ADDITIONAL LIMITED THIRD-PARTY DISCOVERY