1  MARC E. MAYER (SBN 190969);
   mem@msk.com
2  EMILY F. EVITT (SBN 261491)
   efe@msk.com
3  MITCHELL SILBERBERG & KNUPP LLP
   11377 West Olympic Boulevard
4  Los Angeles, California 90064-1683
   Telephone: (310) 312-2000
5  Facsimile: (310) 312-3100

6  Attorneys for Plaintiff Manwin Licensing
   International S.à.r.l.

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| MANWIN LICENSING INTERNATIONAL SARL, a Luxembourg Limited Liability Company,<br><br>Plaintiff,<br><br>v.<br><br>NICHOLAS BULGIN, a/k/a "Gill Manwinder," "Yi Weng," "Chris Hill," "contact@Manwinsucks.com," "Jim Jagen," and "Radishdreams", an individual, JAMES MARTIN, an individual, and Does 1-10, inclusive<br><br>Defendant. | CASE NO.  12-02484 GW (SHx)<br><br>**REQUEST TO ENTER DEFAULT OF NICHOLAS BULGIN a/k/a "Gill Manwinder," "Yi Weng," "Chris Hill," "contact@Manwinsucks.com," "Jim Jagen," and "Radishdreams"**<br><br>**DECLARATION OF EMILY F. EVITT IN SUPPORT THEREOF** |

**TO THE CLERK OF THE ABOVE-ENTITLED COURT**

Plaintiff Manwin Licensing International S.à.r.l. ("Plaintiff") hereby requests that the Clerk enter default in this matter against Defendant Nicholas Bulgin, a/k/a "Gill Manwinder," "Yi Weng," "Chris Hill," "contact@Manwinsucks.com," "Jim Jagen," and "Radishdreams" ("Defendant Bulgin") on the ground that Defendant Bulgin has failed to appear or otherwise respond to the First Amended Complaint within the time prescribed by the Federal Rules of Civil Procedure. Declaration of Emily F. Evitt ¶ 5.

Plaintiff served the Summons and First Amended Complaint on Defendant Bulgin on July 11, 2012, by personal service, as evidenced by the proof of service on file with this Court. *Id.* ¶ 2. Neither Plaintiff nor the Court has granted Defendant Bulgin any extension of time to respond to the First Amended Complaint. *Id.* ¶ 4. Plaintiff is informed and believes that Defendant Bulgin is not an infant or incompetent person or in the military service. *Id.* ¶ 6.

DATED: July 26, 2012

MITCHELL SILBERBERG & KNUPP LLP

By: /s/ Emily F. Evitt
Emily F. Evitt
Attorneys for Plaintiff
Manwin Licensing International S.à.r.l.

Mitchell Silberberg & Knupp LLP

4641573.1/43277-00096

1
REQUEST TO ENTER DEFAULT OF NICHOLAS BULGIN

## PROOF OF SERVICE

STATE OF CALIFORNIA, COUNTY OF Los Angeles

I am employed in the County of Los Angeles, State of California, I am over the age of eighteen years and am not a party to this action; my business address is Mitchell Silberberg & Knupp LLP, 11377 West Olympic Boulevard, Los Angeles, CA 90064-1683, and my business email address is dvc@msk.com.

On July 26, 2012, I served a copy of the foregoing document(s) described as **REQUEST TO ENTER DEFAULT OF NICHOLAS BULGIN a/k/a "Gill Manwinder," "Yi Weng," "Chris Hill," "contact@Manwinsucks.com," "Jim Jagen," and "Radishdreams"** on the interested parties in this action at their last known address as set forth below by taking the action described below:

| | |
|---|---|
| Nicholas Bulgin<br>575 Gonzaga Circle<br>Hampton GA 30228 | James Martin<br>Inmate # 114103<br>Lake County Corrections<br>551 West Main St.<br>Tavares, FL 32778 |

☑ **BY MAIL**: I placed the above-mentioned document(s) in sealed envelope(s) addressed as set forth above, and deposited each envelope in the mail at Los Angeles, California. Each envelope was mailed with postage thereon fully prepaid.

I declare under penalty of perjury under the laws of the United States that the above is true and correct.

Executed on July 26, 2012, at Los Angeles, California.

Desiree Cabrera