MARC E. MAYER (SBN 190969);
mem@msk.com
EMILY F. EVITT (SBN 261491)
efe@msk.com
MITCHELL SILBERBERG & KNUPP LLP
11377 West Olympic Boulevard
Los Angeles, California 90064-1683
Telephone: (310) 312-2000
Facsimile: (310) 312-3100

Attorneys for Plaintiff Manwin Licensing
International S.à.r.l.

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| MANWIN LICENSING INTERNATIONAL SARL, a Luxembourg Limited Liability Company,<br><br>Plaintiff,<br><br>v.<br><br>NICHOLAS BULGIN, a/k/a "Gill Manwinder," "Yi Weng," "Chris Hill," "contact@Manwinsucks.com," "Jim Jagen," and "Radishdreams", an individual, JAMES MARTIN, an individual, and Does 1-10, inclusive<br><br>Defendant. | CASE NO.  12-02484 GW (SHx)<br><br>**DECLARATION OF EMILY F. EVITT IN SUPPORT OF REQUEST TO ENTER DEFAULT OF NICHOLAS BULGIN a/k/a "Gill Manwinder," "Yi Weng," "Chris Hill," "contact@Manwinsucks.com," "Jim Jagen," and "Radishdreams"** |

## **DECLARATION OF EMILY F. EVITT**

I, Emily F. Evitt, declare:

1. I am an attorney-at-law, duly licensed to practice law in the State of California. I am an associate with the law firm of Mitchell Silberberg & Knupp LLP, counsel of record for Plaintiff Manwin Licensing International S.à.r.l ("Manwin") in this action. I know all of the following of my own personal knowledge and, if called as a witness, could and would competently testify thereto.

2. On June 6, 2012, Plaintiff filed the First Amended Complaint in this case against Defendant Nicholas Bulgin, a/k/a "Gill Manwinder," "Yi Weng," "Chris Hill," "contact@Manwinsucks.com," "Jim Jagen," and "Radishdreams" ("Defendant Bulgin"); Defendant James Martin; and Defendants Does 1-10. Attached hereto as Exhibit A is a true and correct copy of the proof of service on file with the Court, reflecting that Defendant Bulgin was personally served with the Summons and First Amended Complaint on July 11, 2012.

3. More than 14 days have elapsed since the date on which service of the Summons and First Amended Complaint was effective.

4. Neither Plaintiff nor the Court has granted Defendant Bulgin any extension of time to respond to the First Amended Complaint.

5. Defendant Bulgin has failed to answer or otherwise respond to the First Amended Complaint, or serve a copy of any answer or other response upon Plaintiff's attorneys of record.

6. I am informed and believe that Defendant Bulgin is not an infant or incompetent person or member of the U.S. Military.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Executed on July 26, 2012, at Los Angeles, California.

_____
Emily F. Evitt

# EXHIBIT A

# EXHIBIT A

POS-010

| ATTORNEY OR PARTY WITHOUT ATTORNEY *(Name, State Bar number, and address)*: | FOR COURT USE ONLY |
|---|---|
| Marc E. Mayer (SBN 190969) Emily F. Evitt (SBN 261491)<br>MITCHELL SILBERBERG & KNUPP LLP<br>11377 West Olympic Boulevard<br>Los Angeles, California 90064-1683<br>TELEPHONE NO.: (310) 312-2000  FAX NO. *(Optional)*: (310) 312-3100<br>E-MAIL ADDRESS *(Optional)*: mem@msk.com, efe@msk.com<br>ATTORNEY FOR *(Name)*: Plaintiff Manwin Licensing International S.à.r.l. | |

**UNITED STATES DISTRICT COURT**
STREET ADDRESS: 312 North Spring Street
MAILING ADDRESS: 312 North Spring Street
CITY AND ZIP CODE: Los Angeles, CA 90012-4701
BRANCH NAME: CENTRAL DISTRICT OF CALIFORNIA

PLAINTIFF/PETITIONER: MANWIN LICENSING INTERNATIONAL SARL

DEFENDANT/RESPONDENT: NICHOLAS BULGIN, et al.

CASE NUMBER: CV12-02484 GW (SHx)

**PROOF OF SERVICE OF SUMMONS**

Ref. No. or File No.:

*(Separate proof of service is required for each party served.)*

1. At the time of service I was at least 18 years of age and not a party to this action.
2. I served copies of:
   a. ☒ Summons on First Amended Complaint
   b. ☒ First Amended Complaint
   c. ☐ Alternative Dispute Resolution (ADR) package
   d. ☐ Civil Case Cover Sheet *(served in complex cases only)*
   e. ☐ cross-complaint
   f. ☐ other *(specify documents)*:

3. a. Party served *(specify name of party as shown on documents served)*: Defendant Nicholas Bulgin

   b. ☐ Person (other than the party in item 3a) served on behalf of an entity or as an authorized agent (and not a person under item 5b on whom substituted service was made) *(specify name and relationship to the party named in item 3a)*:

4. Address where the party was served: 575 Gonzaga Circle
   Hampton, GA 30228

5. I served the party (check proper box)
   a. ☒ **by personal service.** I personally delivered the documents listed in item 2 to the party or person authorized to receive service of process for the party (1) on *(date)*: July 11, 2012  (2) at *(time)*: 7:30 p.m.
   b. ☐ **by substituted service.** On *(date)*:  at *(time)*:  I left the documents listed in item 2 with or in the presence of *(name and title or relationship to person indicated in item 3)*:

      (1) ☐ **(business)** a person at least 18 years of age apparently in charge at the office or usual place of business of the person to be served. I informed him or her of the general nature of the papers.

      (2) ☐ **(home)** a competent member of the household (at least 18 years of age) at the dwelling house or usual place of abode of the party. I informed him or her of the general nature of the papers.

      (3) ☐ **(physical address unknown)** a person at least 18 years of age apparently in charge at the usual mailing address of the person to be served, other than a United States Postal Service post office box. I informed him or her of the general nature of the papers.

      (4) ☐ I thereafter mailed (by first-class, postage prepaid) copies of the documents to the person to be served at the place where the copies were left (Code Civ. Proc., § 415.20). I mailed the documents on *(date)*:  from *(city)*:  or ☐ a declaration of mailing is attached.

      (5) ☐ I attach a **declaration of diligence** stating actions taken first to attempt personal service.

Page 1 of 2

| Form Adopted for Mandatory Use<br>Judicial Council of California<br>POS-010 [Rev. January 1, 2007] | **PROOF OF SERVICE OF SUMMONS** | Code of Civil Procedure, § 417.10<br>American LegalNet, Inc.<br>www.FormsWorkflow.com |

1/43277-00096

EXH A PG3

| PLAINTIFF/PETITIONER: MANWIN LICENSING INTERNATIONAL SARL | CASE NUMBER: CV12-02484 GW (SHx) |
|---|---|
| DEFENDANT/RESPONDENT: NICHOLAS BULGIN, et al. | |

5. c. ☐ **by mail and acknowledgment of receipt of service.** I mailed the documents listed in item 2 to the party, to the address shown in item 4, by first-class mail, postage prepaid,

  (1) on *(date)*:     (2) from *(city)*:

  (3) ☐ with two copies of the *Notice and Acknowledgment of Receipt* and a postage-paid return envelope addressed to me. *(Attach completed* Notice and Acknowledgement of Receipt.) (Code Civ. Proc., § 415.30.)

  (4) ☐ to an address outside California with return receipt requested. (Code Civ. Proc., § 415.40.)

 d. ☐ **by other means** *(specify means of service and authorizing code section)*:

  ☐ Additional page describing service is attached.

6. The "Notice to the Person Served" (on the summons) was completed as follows:
 a. ☒ as an individual defendant.
 b. ☐ as the person sued under the fictitious name of *(specify)*:
 c. ☐ as occupant.
 d. ☐ On behalf of *(specify)*:
  under the following Code of Civil Procedure section:
   ☐ 416.10 (corporation)        ☐ 415.95 (business organization, form unknown)
   ☐ 416.20 (defunct corporation)    ☐ 416.60 (minor)
   ☐ 416.30 (joint stock company/association) ☐ 416.70 (ward or conservatee)
   ☐ 416.40 (association or partnership)   ☐ 416.90 (authorized person)
   ☐ 416.50 (public entity)        ☐ 415.46 (occupant)
                      ☐ other:

7. **Person who served papers**
 a. Name: Randy McAuley
 b. Address:
 c. Telephone number:
 d. The fee for service was: $
 e. I am:
  (1) ☒ not a registered California process server.
  (2) ☐ exempt from registration under Business and Professions Code section 22350(b).
  (3) ☐ a registered California process server:
   (i) ☐ owner ☐ employee ☐ independent contractor.
   (ii) Registration No.:
   (iii) County:

8. ☒ I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct.

  or

9. ☐ I am a California sheriff or marshal and I certify that the foregoing is true and correct.

Date: July 17, 2012

Randy McAuley
(NAME OF PERSON WHO SERVED PAPERS/SHERIFF OR MARSHAL)   ▶ /s/ Randy McAuley (SIGNATURE)

POS-010 [Rev. January 1, 2007]        **PROOF OF SERVICE OF SUMMONS**          Page 2 of 2
1/43277-00096

American LegalNet, Inc.
www.FormsWorkflow.com

EXH A PG4

**PROOF OF SERVICE**

STATE OF CALIFORNIA, COUNTY OF Los Angeles

I am employed in the County of Los Angeles, State of California, I am over the age of eighteen years and am not a party to this action; my business address is Mitchell Silberberg & Knupp LLP, 11377 West Olympic Boulevard, Los Angeles, CA 90064-1683, and my business email address is dvc@msk.com.

On July 26, 2012, I served a copy of the foregoing document(s) described as **DECLARATION OF EMILY F. EVITT IN SUPPORT OF REQUEST TO ENTER DEFAULT OF NICHOLAS BULGIN a/k/a "Gill Manwinder," "Yi Weng," "Chris Hill," "contact@Manwinsucks.com," "Jim Jagen," and "Radishdreams"** on the interested parties in this action at their last known address as set forth below by taking the action described below:

Nicholas Bulgin
575 Gonzaga Circle
Hampton GA 30228

James Martin
Inmate # 114103
Lake County Corrections
551 West Main St.
Tavares, FL 32778

☑ **BY MAIL**: I placed the above-mentioned document(s) in sealed envelope(s) addressed as set forth above, and deposited each envelope in the mail at Los Angeles, California. Each envelope was mailed with postage thereon fully prepaid.

I declare under penalty of perjury under the laws of the United States that the above is true and correct.

Executed on July 26, 2012, at Los Angeles, California.

_____
Desiree Cabrera