**POS-010**

| ATTORNEY OR PARTY WITHOUT ATTORNEY (Name, State Bar number, and address): | FOR COURT USE ONLY |
|---|---|
| Marc E. Mayer (SBN 190969) Emily F. Evitt (SBN 261491)<br>MITCHELL SILBERBERG & KNUPP LLP<br>11377 West Olympic Boulevard<br>Los Angeles, California 90064-1683<br>TELEPHONE NO.: (310) 312-2000   FAX NO. (Optional): (310) 312-3100<br>E-MAIL ADDRESS (Optional): mem@msk.com, efe@msk.com<br>ATTORNEY FOR (Name): Plaintiff Manwin Licensing International S.à.r.l. | |

**UNITED STATES DISTRICT COURT**
STREET ADDRESS: 312 North Spring Street
MAILING ADDRESS: 312 North Spring Street
CITY AND ZIP CODE: Los Angeles, CA 90012-4701
BRANCH NAME: CENTRAL DISTRICT OF CALIFORNIA

PLAINTIFF/PETITIONER: MANWIN LICENSING INTERNATIONAL SARL

DEFENDANT/RESPONDENT: NICHOLAS BULGIN, et al.

CASE NUMBER: CV12-02484 GW (SHx)

**AMENDED PROOF OF SERVICE OF SUMMONS**

Ref. No. or File No.:

*(Separate proof of service is required for each party served.)*

1. At the time of service I was at least 18 years of age and not a party to this action.
2. I served copies of:
   a. ☒ Summons on First Amended Complaint
   b. ☒ First Amended Complaint
   c. ☐ Alternative Dispute Resolution (ADR) package
   d. ☐ Civil Case Cover Sheet *(served in complex cases only)*
   e. ☐ cross-complaint
   f. ☐ other *(specify documents):*
3. a. Party served *(specify name of party as shown on documents served):* Defendant Nicholas Bulgin, a/k/a "Gill Manwinder," "Yi Weng," "Chris Hill," "contact@Manwinsucks.com ," "Jim Jagen," and "Radishdreams"
   b. ☐ Person (other than the party in item 3a) served on behalf of an entity or as an authorized agent (and not a person under item 5b on whom substituted service was made) *(specify name and relationship to the party named in item 3a):*
4. Address where the party was served: 575 Gonzaga Circle
   Hampton, GA 30228
5. I served the party (check proper box)
   a. ☒ **by personal service pursuant to Federal Rule of Civil Procedure 4(e)(2)(A).** I personally delivered the documents listed in item 2 to the party or person authorized to receive service of process for the party (1) on *(date):* July 11, 2012   (2) at *(time):* 7:30 p.m.
   b. ☐ **by substituted service.** On *(date):*   at *(time):*   I left the documents listed in item 2 with or in the presence of *(name and title or relationship to person indicated in item 3):*
      (1) ☐ **(business)** a person at least 18 years of age apparently in charge at the office or usual place of business of the person to be served. I informed him or her of the general nature of the papers.
      (2) ☐ **(home)** a competent member of the household (at least 18 years of age) at the dwelling house or usual place of abode of the party. I informed him or her of the general nature of the papers.
      (3) ☐ **(physical address unknown)** a person at least 18 years of age apparently in charge at the usual mailing address of the person to be served, other than a United States Postal Service post office box. I informed him or her of the general nature of the papers.
      (4) ☐ I thereafter mailed (by first-class, postage prepaid) copies of the documents to the person to be served at the place where the copies were left (Code Civ. Proc., § 415.20). I mailed the documents on *(date):*   from *(city):*   or ☐ a declaration of mailing is attached.
      (5) ☐ I attach a **declaration of diligence** stating actions taken first to attempt personal service.

Page 1 of 2

Form Adopted for Mandatory Use
Judicial Council of California
POS-010 [Rev. January 1, 2007]

**PROOF OF SERVICE OF SUMMONS**

Code of Civil Procedure, § 417.10
American LegalNet, Inc.
www.FormsWorkflow.com

2 / 43277-00096

| PLAINTIFF/PETITIONER: MANWIN LICENSING INTERNATIONAL SARL | CASE NUMBER: |
|---|---|
| DEFENDANT/RESPONDENT: NICHOLAS BULGIN, et al. | CV12-02484 GW (SHx) |

5. c. ☐ **by mail and acknowledgment of receipt of service.** I mailed the documents listed in item 2 to the party, to the address shown in item 4, by first-class mail, postage prepaid,

    (1) on *(date)*:    (2) from *(city)*:

    (3) ☐ with two copies of the *Notice and Acknowledgment of Receipt* and a postage-paid return envelope addressed to me. *(Attach completed* Notice and Acknowledgement of Receipt.) *(Code Civ. Proc., § 415.30.)*

    (4) ☐ to an address outside California with return receipt requested. (Code Civ. Proc., § 415.40.)

  d. ☐ **by other means** *(specify means of service and authorizing code section):*

    ☐ Additional page describing service is attached.

6. The "Notice to the Person Served" (on the summons) was completed as follows:
  a. ☒ as an individual defendant.
  b. ☐ as the person sued under the fictitious name of *(specify):*
  c. ☐ as occupant.
  d. ☐ On behalf of *(specify):*
    under the following Code of Civil Procedure section:
    ☐ 416.10 (corporation)    ☐ 415.95 (business organization, form unknown)
    ☐ 416.20 (defunct corporation)    ☐ 416.60 (minor)
    ☐ 416.30 (joint stock company/association)    ☐ 416.70 (ward or conservatee)
    ☐ 416.40 (association or partnership)    ☐ 416.90 (authorized person)
    ☐ 416.50 (public entity)    ☐ 415.46 (occupant)
                          ☐ other:

7. **Person who served papers**
  a. Name: Randy McAuley
  b. Address:
  c. Telephone number:
  d. **The fee** for service was: $
  e. I am:
    (1) ☒ not a registered California process server.
    (2) ☐ exempt from registration under Business and Professions Code section 22350(b).
    (3) ☐ a registered California process server:
      (i) ☐ owner ☐ employee ☐ independent contractor.
      (ii) Registration No.:
      (iii) County:

8. ☒ **I declare** under penalty of perjury under the laws of the State of California that the foregoing is true and correct.

    or

9. ☐ **I am a California sheriff or marshal and** I certify that the foregoing is true and correct.

Date: September 28th, 2012

Randy McAuley        ▶ *Randy McAuley*
(NAME OF PERSON WHO SERVED PAPERS/SHERIFF OR MARSHAL)    (SIGNATURE)

POS-010 [Rev. January 1, 2007]    **PROOF OF SERVICE OF SUMMONS**    Page 2 of 2
13277-00096
American LegalNet, Inc.
www.FormsWorkflow.com