1  MARC E. MAYER (SBN 190969)
   mem@msk.com
2  EMILY F. EVITT (SBN 261491)
   efe@msk.com
3  MITCHELL SILBERBERG & KNUPP LLP
   11377 West Olympic Boulevard
4  Los Angeles, California 90064-1683
   Telephone:  (310) 312-2000
5  Facsimile:  (310) 312-3100

6  Attorneys for Plaintiff Manwin Licensing
   International S.à.r.l.

7

8

9                 UNITED STATES DISTRICT COURT

10              CENTRAL DISTRICT OF CALIFORNIA

11

12  MANWIN LICENSING                    CASE NO.  CV12-02484 GW (SHx)
    INTERNATIONAL SARL, a
13  Luxembourg Limited Liability        The Honorable George H. Wu
    Company,
14                                      **NOTICE OF VOLUNTARY
                  Plaintiff,            DISMISSAL, WITHOUT
15                                      PREJUDICE**
          v.
16                                      **[Fed. R. Civ. P. 41(a)(1)(A)(i)]**
    NICHOLAS BULGIN, a/k/a "Gill
17  Manwinder," "Yi Weng," "Chris Hill,"
    "contact@Manwinsucks.com," "Jim
18  Jagen," and "Radishdreams", an
    individual, JAMES MARTIN, an
19  individual, and Does 1-10, inclusive,

20                Defendants.

21

22

23

24

25

26

27

28

Mitchell
Silberberg &
Knupp LLP

5220854.2

1    WHEREAS Plaintiff Manwin Licensing International S.à.r.l. ("Manwin")

2    prevailed on its Motion for Default Judgment Against Defendant Nicholas Bulgin,

3    and on March 14, 2013 the Court entered judgment against Defendant Nicholas

4    Bulgin (Docket 33), Manwin now wishes to dismiss, without prejudice, all of its

5    claims against the remaining defendants,

6

7    NOTICE IS HEREBY GIVEN that, pursuant to Rule 41(a)(1)(A)(i) of the

8    Federal Rules of Civil Procedure, Manwin voluntarily dismisses, without

9    prejudice, Defendants James Martin and Does 1-10.

10

11   DATED: March 26, 2013                MITCHELL SILBERBERG & KNUPP LLP
                                          MARC E. MAYER
12                                        EMILY F. EVITT

13

14                                        By:/s/ Emily F. Evitt

15                                             Marc E. Mayer
                                               Emily F. Evitt
16                                             Attorneys for Plaintiff
                                               Manwin Licensing International S.à.r.l.

17

18

19

20

21

22

23

24

25

26

27

Mitchell
Silberberg &  28
Knupp LLP

5220854.2

1
NOTICE OF VOLUNTARY DISMISSAL

**PROOF OF SERVICE**

STATE OF CALIFORNIA, COUNTY OF Los Angeles

      I am employed in the County of Los Angeles, State of California, I am over the age of eighteen years and am not a party to this action; my business address is Mitchell Silberberg & Knupp LLP, 11377 West Olympic Boulevard, Los Angeles, CA 90064-1683, and my business email address is dvc@msk.com.

      On March 26, 2013, I served a copy of the foregoing document(s) described as **NOTICE OF VOLUNTARY DISMISSAL** on the interested parties in this action at their last known address as set forth below by taking the action described below:

James Martin
6059 Linneal Beach Drive
Apopka, FL 32703

*Defendant*

   ☑  **BY MAIL**: I placed the above-mentioned document(s) in sealed envelope(s) addressed as set forth above, and deposited each envelope in the mail at Los Angeles, California. Each envelope was mailed with postage thereon fully prepaid.

      I declare under penalty of perjury under the laws of the United States that the above is true and correct.

      Executed on March 26, 2013, at Los Angeles, California.

                          Desiree Cabrera

Mitchell
Silberberg &
Knupp LLP

5220854.2

2

NOTICE OF VOLUNTARY DISMISSAL